UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>NOLAN OTTO DEWALL and AMANDA SUE DEWALL,<br><br>Debtors. | Chapter 12<br>Case No. 21-00657<br><br>ENTRY OF APPEARANCE AND REQUEST FOR NOTICE |

COMES NOW Wesley B. Huisinga and hereby enters his appearance in this case on behalf of Daniel Gates and pursuant to Bankruptcy Rule 2002(g) requests that all notices under Section 342 of the Bankruptcy Code, Bankruptcy Rule 2002, or otherwise, be mailed and e-mailed to him at the following address:

Wesley B. Huisinga
P.O. Box 2107
Cedar Rapids, IA 52401-2107
wbh@shuttleworthlaw.com

and further requests his name and the above address be entered upon the mailing matrix in this proceeding and that his name and e-mail be placed on the list to receive all notices pursuant to the Court's CM/ECF noticing system.

/s/ Wesley B. Huisinga
Wesley B. Huisinga
SHUTTLEWORTH & INGERSOLL, PLC
115 Third Street SE
P O Box 2107
Cedar Rapids, IA 52406-2107
(319) 365-9461 Phone/(319) 365-8443 Fax
wbh@shuttleworthlaw.com
ATTORNEY FOR DANIEL GATES

CERTIFICATION OF SERVICE

The undersigned hereby certifies under penalty of perjury, that a copy of this document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing or mailed USPS on August 23, 2021.

/s/ Patti K. O'Keefe