## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD JULY 1, 2021 THROUGH JULY 31, 2021**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of August 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Nolan + Amanda DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: July 2021

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A.    FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | 8,473.33 | |
| Contract payments | | |
| Contract payments | | |
| Rent payment | | |
| Rent payment | | |
| Government payment | | |

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | 1,242.19 | |
| Wife | | |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | | |
| Other: | | |
| | | |
| | | |
| Total Cash Receipts: | 9,715.52 | |

(3)

II.   EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|---|---|---|---|
| Kwik Star | 7/30/21 | 135 | Gas |
| Fareway | 7/29/21 | 200 | Groceries |
| North American | 7/21/21 | 157.08 | Insurance |
| CFCCU | 7/21/21 | 28 | check covered |
| Trio Salon | 7/28/21 | 50 | Hair appointment |

Total:   570.08

(4)

B. FARM EXPENSES (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | 0 |

(5)

C. TOTAL PAYMENTS MADE TO
   CHAPTER 12 TRUSTEE                          250

   TOTAL EXPENSES FOR MONTH                    570.08

   CASH PROFIT (LOSS) FOR MONTH
   (TOTAL INCOME minus TOTAL EXPENSES)    8,895.44

   OTHER NON-CASH LOSSES:

       LOSS DUE TO CROP FAILURE OR
           DAMAGE: $  0

       LOSS DUE TO DEATH OR DISEASE
           OF LIVESTOCK OR POULTRY:
           $  0

III.   CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
       Beginning of Month:              $ 621.91

   Profit (or Loss) During Month:       $ 8,895.44

   Cash and Bank Account Balance at
       End of Month                     $ 9,506.19

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

   Expense                              Amount
   _____          $_____
   _____          $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

8/8/21              Nolan DeWall  Amanda DeWall
DATE               DEBTOR(S) / OFFICER OF DEBTOR(S)