**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD AUGUST 1, 2021 THROUGH
AUGUST 31, 2021**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of September 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Nolan + Amanda DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: August 2021

(Report on a cash basis, unless you keep financial records on an accrual basis.)

1.    CASH RECEIPTS

   A.  FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ____ feeder pigs at $_____ | _____ | _____ |
| #hd ____ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ____ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ____ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ____ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments          2331.19
Contract payments
Contract payments
Rent payment
Rent payment
Government payment         500

B. WAGES FROM OUTSIDE WORK

Husband                    267810
Wife                       3278.37

C. OTHER RECIEPTS

Social Security
Other: _____
_____
_____

          Total Cash Receipts:   8787.16

(3)

II.    EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See Attachment

Total:

(4)

B. FARM EXPENSES (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See Attachment

Total: _____

(5)

C. TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE                              0

TOTAL EXPENSES FOR MONTH                    10195.15

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)    -1407.49

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE: $ 0

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY:
$ 0

III.    CASH RECONCILIATION:

Cash and Bank Accounts Balance at
Beginning of Month:                    $ 9506.19

Profit (or Loss) During Month:         $ -1,407.52

Cash and Bank Account Balance at
End of Month                           $ 8,098.67

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

Expense                                Amount
_____                $_____
_____                $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

9/9/21                    Amanda DeWall
DATE                      DEBTOR(S) / OFFICER OF DEBTOR(S)

| Household Payee | Date | Amount | Purpose |
|---|---|---|---|
| Dike Schools | 8/3/21 | 301 | School registration |
| US Cellular | 8/5/21 | 123.66 | Phone bill |
| CFCCU | 8/15/21 | 500 | Vehicle payment |
| Dan Gates | 8/6/21 | 1500 | payment |
| CFCCU | 8/11 | 21.4 | Bank fees |
| North American | 8/19/21 | 157.08 | Life insurance |
| Budreau Pet Clinic | 8/16/21 | 322.66 | Dog shots and check up |
| Waverly Tire | 8/21/21 | 440.84 | Tires |
| Target | 8/31/21 | 38.04 | groceries and apparel |
| Cenex | 8/30/21 | 14.01 | Fuel |
| Kwik Star | 8/30/21 | 15 | Fuel |
| Harland Clarke | 8/17/21 | 26 | New checks |
| Target | 8/19/21 | 2.02 | Teacher supplies |
| UNI Bookstore | 8/23/21 | 24.58 | Teacher supplies |
| Walmart | 8/6/21 | 99.91 | School supplies and grociers |
| Cassie Seidls | 8/16/21 | 15 | Memorial braceletts |
| HyVee | 8/6/21 | 5.19 | cleaning supplies |
| CVS Pharmacy | 8/13/21 | 75.83 | groceries |
| Walgreens | 8/13/21 | 4.63 | prescription |
| Walgreens | 8/4/21 | 20.54 | cleaning supplies |
| Target | 8/28/21 | 87.15 | household goods and groceries |
| Walmart | 8/19/21 | 11.42 | teacher supplies |
| Walmart | 8/28/21 | 24.3 | teacher supplies |
| Stuff Etc. | 8/16/21 | 47.57 | clothing |
| Fareway | 8/28/21 | 64.78 | groceries |
| subway | 8/20/21 | 8.87 | food |
| Fareway | 8/24/21 | 90.95 | groceries |
| Fareway | 8/21/21 | 18.95 | groceries |
| Fareway | 8/27/21 | 14.87 | groceries |
| Subway | 8/9/21 | 20.39 | food |
| Newton's Cafe | 8/19/21 | 14.18 | food |
| Carlos O'Kelly's | 8/19/21 | 17.11 | food |
| Fareway | 8/16/21 | 46.77 | groceries |
| Fareway | 8/12/21 | 95.23 | groceries |

| | | | |
|---|---|---:|---|
| HyVee | 8/6/21 | 44.94 | groceries |
| Fareway | 8/4/21 | 16.47 | groceries |
| Kwik Star | 8/27/21 | 15 | fuel |
| Ampride | 8/28/21 | 35 | fuel |
| Git N Go | 8/16/21 | 92.5 | fuel |
| Git N Go | 8/31/21 | 86 | fuel |
| Git N Go | 8/13/21 | 83.19 | fuel |
| Caseys | 8/19/21 | 20 | fuel |
| Ampride | 8/29/21 | 14.01 | fuel |
| Kwik Star | 8/9/21 | 25 | fuel |
| Kwik Star | 8/16/21 | 33.89 | fuel |
| Kwik Star | 8/10/21 | 9.83 | fuel |
| Kwik Star | 8/5/21 | 20 | fuel |
| kwik Star | 8/4/21 | 9.89 | fuel |
| Ampride | 8/3/21 | 87.36 | fuel |
| Greenwood Pharmacy | 8/6/21 | 48 | prescription |
| **Total** | | **4911.01** | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cooley Plumbing | 8/5/21 | 50.23 | Trash pickup |
| Iowa Regional Utilities | 8/5/21 | 51.33 | Water bill |
| Rain and Hail | 8/9/21 | 205 | Crop insurance |
| CFU | 8/9/21 | 883.35 | Utilities |
| Hog slat | 8/12/21 | 97.37 | Hog barn parts |
| Farm Bureau | 8/16/21 | 1362.14 | Farm and vehicle insurance |
| DeSousa Livestock | 8/10/21 | 1778.74 | Fixing of feed lines and power washing |
| Mark Staudt | 8/24/21 | 500 | load shoot |
| Hog slat | 8/20/21 | 63.38 | Waterer parts |
| Menards | 8/15/21 | 58.86 | waterer parts |
| Blains | 8/12/21 | 220.58 | waterer parts |
| Menards | 8/16/21 | 13.16 | waterer parts |
| **Total** | | **5284.14** | |