UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL,<br><br>      Debtors. | Chapter 12<br><br>Bankruptcy No. 21-00657<br><br>**AMENDMENT TO SCHEDULE A/B, C, I, AND J, STATEMENT OF FINANCIAL AFFAIRS, AND SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION** |

COME NOW the Debtors, Nolan Otto DeWall and Amanda Sue DeWall, by and through their undersigned counsel, and amend their Schedules A/B, C, J, and J, Statement of Financial Affairs, and Summary of Assets and Liabilities and Certain Statistical Information filed with the Court July 20, 2021 (Doc 1).

**AMENDMENT TO SCHEDULE A/B**

1. The Debtors inadvertently failed to identify two bank accounts. The Debtors amend their answer to Schedule A/B, Question 17, by adding their interest in the following accounts:

Institution name:

| | | | |
|---|---|---|---|
| 17.6. | Share | Cedar Falls Community Credit Union | $2.96 |
| 17.7. | Share | Cedar Falls Community Credit Union | $5.00 |

2. The added bank accounts require that the summaries of the values be amended as shown in the following amendments.

3. The Debtors amend their answer to Schedule A/B, Question 36 and Question 58 Total Financial Assets to be $23,843.67.

4. The Debtors amend the value for their Total Personal Property on line 62 to be 473,497.67.

5. The Debtors amend the value of their Total of All Property on Schedule A/B on Question 63 to be $1,557,498.67.

## AMENDMENT TO SCHEDULE C

6. The Debtors amend their answer to Schedule C, Question 2, to add the additional bank accounts above and claim them as fully exempt.

## AMENDMENT TO SCHEDULES I AND J

7. The Debtors amend their Schedules I and J previously filed with the Court by substituting the Amended Schedules I and J attached to this document in lieu thereof.

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

8. The Debtors amend their answer to Statement of Financial Affairs Question 16 to include a payment to Day Rettig Martin, P.C. of $4,994.50 on July 8, 2021 for Attorney Fees. The total amount of their payment to Day Rettig Martin, P.C. shall be updated to $8,272.50.

## AMENDED SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION

9. Debtors amend their Summary of Assets and Liabilities and Certain Statistical Information previously filed with the Court by substituting the Amended Summary of Assets and Liabilities and Certain Statistical Information attached to this document in lieu thereof.

## DECLARATION

We, the undersigned Debtors, verify that the information set forth herein and in the attachments is true and correct to the best of our knowledge. We further state that in all other respects the Statement of Financial Affairs, Schedules A/B, C, I, and J and all other Schedules previously filed herein remain unchanged.

Dated this 8th day of October 2021.

/s/ Nolan Otto DeWall
Nolan Otto DeWall


/s/ Amanda Sue DeWall
Amanda Sue DeWall

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin   AT0005050
PO Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: ronm@drpjlaw.com
ATTORNEY FOR DEBTORS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of October 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.


Signed:  /s/ Rebecca Daniels

3

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nolan Otto DeWall** |
| Debtor 2 (Spouse, if filing) | **Amanda Sue DeWall** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (If known) | **21-00657** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status* | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **Operator** | **Teacher** |
| Employer's name | **Whole Excavation** | **Waterloo Community Schools** |
| Employer's address | **675 Dale Dr**<br>**Hudson, IA 50643** | **1516 Washington St**<br>**Waterloo, IA 50702** |
| How long employed there? | **2 Months** | **7 Years** |

**\*See Attachment for Additional Employment Information**

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ **1,280.00** | $ **5,534.34** |
| 3. | Estimate and list monthly overtime pay. | 3. +$ **960.00** | +$ **0.00** |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. $ **2,240.00** | $ **5,534.34** |

Debtor 1   **Nolan Otto DeWall**
Debtor 2   **Amanda Sue DeWall**

Case number (*if known*)   **21-00657**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **2,240.00** | $ **5,534.34** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **224.00** | $ **803.58** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **348.11** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **1,104.22** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **78.92** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **224.00** | $ **2,334.83** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,016.00** | $ **3,199.51** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **491.25** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **2,820.50** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **3,311.75** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.   10. $ **5,327.75** + $ **3,199.51** = $ **8,527.26**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:   11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

    12. $ **8,527.26**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:  **Expect scheduled increase on gross amount for Joint Debtor with yearly pay increases. Expect increase on gross amount for Debtor as hog barns are filled, crops are harvested, and cattle operation is rejuvinated.**

| Debtor 1 | **Nolan Otto DeWall** | | Case number (*if known*) | **21-00657** |
| Debtor 2 | **Amanda Sue DeWall** | | | |

### Official Form B 6I
### Attachment for Additional Employment Information

| Debtor | | |
|---|---|---|
| Occupation | **Farmer** | |
| Name of Employer | **Self Employed** | |
| How long employed | | |
| Address of Employer | | |

**Schedule I: Your Income**

| Source | Income per Year | Income per Month |
|---|---|---|
| Sale of livestock | $30,005.00 | $2,500.42 |
| Ag Program Payments | $3,523.00 | $293.58 |
| Custom Feeding | $55,166.00 | $4,597.17 |
| Crop Sales | $23,164.00 | $1,930.33 |
| Additional Crop Sales | $33,846.00 | $2,820.50 |
| **Total:** | | **$12,142.00** |

**Rental Property Income**

| Grain Bin Rent | $9,120.00 | $760.00 |
|---|---|---|

| Source | Expense per Year | Expense per Month |
|---|---|---|
| Chemicals | $711.00 | $59.25 |
| Custom Hire | $3,587.00 | $298.92 |
| Feretilizers | $5,203.00 | $433.58 |
| Fuel | $12,484.00 | $1,040.33 |
| Farm Insurance | $15,387.00 | $1,282.25 |
| Repairs | $11,282.00 | $940.17 |
| Seed | $7,400.00 | $616.67 |
| Taxes | $5,611.00 | $467.58 |
| Utilities | $10,764.00 | $897.00 |
| Feed | $40,404.00 | $3,367.00 |
| **Total:** | | **$9,402.75** |

Fill in this information to identify your case:

Debtor 1     **Nolan Otto DeWall**

Debtor 2     **Amanda Sue DeWall**
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number   **21-00657**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                               **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and     ■ Yes.   Fill out this information for each dependent..............
   Debtor 2.

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **8** | ☐ No ■ Yes |
| **Son** | **10** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No   ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 9,769.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 350.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 336.00 |

| Debtor 1 | **Nolan Otto DeWall** | | |
|---|---|---|---|
| Debtor 2 | **Amanda Sue DeWall** | Case number (if known) | **21-00657** |

6. **Utilities:**
| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | **650.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ | **92.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **216.00** |
| 6d. | Other. Specify: **LP** | 6d. | $ | **750.00** |

7. **Food and housekeeping supplies** — 7. $ **450.00**

8. **Childcare and children's education costs** — 8. $ **150.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **120.00**

10. **Personal care products and services** — 10. $ **25.00**

11. **Medical and dental expenses** — 11. $ **30.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **240.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **50.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | **157.08** |
| 15b. | Health insurance | 15b. | $ | **1,024.64** |
| 15c. | Vehicle insurance | 15c. | $ | **54.00** |
| 15d. | Other insurance. Specify: **Boat Trailer Insurance** | 15d. | $ | **1.91** |
| | **Boat Insurance** | | $ | **35.41** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: — 16. $ **0.00**

17. **Installment or lease payments:**
| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | **500.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| 17c. | Other. Specify: **Capital One** | 17c. | $ | **500.00** |
| 17d. | Other. Specify: | 17d. | $ | **0.00** |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.** — $ **0.00**
Specify: — 19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| 20b. | Real estate taxes | 20b. | $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **500.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |

21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **16,001.04** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **16,001.04** |

23. **Calculate your monthly net income.**
| | | | |
|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **8,527.26** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | **16,001.04** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-7,473.78** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

10/04/21 11:35AM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Nolan Otto DeWall** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Amanda Sue DeWall** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF IOWA

Case number   **21-00657**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................. | $       **1,084,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $       **473,497.67** |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $       **1,557,497.67** |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $       **1,329,853.76** |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $       **0.00** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $       **349,063.98** |
| **Your total liabilities** | $       **1,678,917.74** |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $       **8,527.26** |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $       **16,001.04** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          **Summary of Your Assets and Liabilities and Certain Statistical Information**                    page 1 of 2

10/04/21 11:35AM

Debtor 1  **Nolan Otto DeWall**
Debtor 2  **Amanda Sue DeWall**

Case number *(if known)*  **21-00657**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy