# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

## MONTHLY REPORT FOR THE PERIOD SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of November 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed: /s/ Ashley N. Sharp

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): *Nolan + Amanda DeWall*

CASE NO.: *21- 00657*

FOR MONTH ENDING: *Sept. 2021*

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.   CASH RECEIPTS

A.  FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | 0 | 0 |
| #bu. _____ beans at $_____ | | |
| #bu. _____ oats at $_____ | | |
| #bu. _____ milo at $_____ | | |
| #bu. _____ wheat at $_____ | | |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | 0 | 0 |
| #hd ___ hogs at $_____ per/lb. _____ | | |
| #hd ___ calves at $_____ per/lb. _____ | | |
| #hd ___ cattle at $_____ per/lb. _____ | | |
| #hd ___ lambs at $_____ | | |
| Eggs _____ | | |
| Poultry _____ | | |
| Milk _____ | | |
| Other _____ | | |
| _____ | | |
| _____ | | |
| _____ | | |

(2)

Miscellaneous Farm Income

    Contract payments

    Contract payments

    Contract payments

    Rent payment

    Rent payment

    Government payment

B. WAGES FROM OUTSIDE WORK

    Husband　　2019.68

    Wife　　3 312.34

C. OTHER RECIEPTS

    Social Security

    Other: Government stimulus　　500

    Total Cash Receipts:　　5,832.02

(3)

II.     EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|  |  |  |  |

*See attachment*

Total: _____

(4)

B. <u>FARM EXPENSES</u>  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

see
Attachment

Total: _____

(5)

C. TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE                                   0

TOTAL EXPENSES FOR MONTH                       9024.61

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)       -3192.59

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE: $  0

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY:
$  0

III.   CASH RECONCILIATION:

Cash and Bank Accounts Balance at
Beginning of Month:                          $ 8098.67

Profit (or Loss) During Month:               $ -3192.59

Cash and Bank Account Balance at
End of Month                                 $ 4028.55

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

Expense                                      Amount
_____                     $_____
_____                     $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

10/6/21                    _____  Amanda Purcell
DATE                    DEBTOR(S) / OFFICER OF DEBTOR(S)

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Wild Hare | 9/1/21 | 70.09 | food and drink | |
| Fareway | 9/2/21 | 110.63 | groceries | |
| Fareway | 9/3/21 | 50.79 | groceries | |
| Jill Jensen | 9/4/21 | 85 | tickets | |
| Kwik Star | 9/5/21 | 33.97 | fuel | |
| US Cellular | 9/7/21 | 123.66 | Phone bill | |
| Cenex | 9/7/21 | 12.01 | fuel | |
| Walgreens | 9/7/21 | 20.08 | prescriptions | |
| Netflix | 9/7/21 | 9.62 | subscription | |
| Caseys | 9/7/21 | 5.38 | food | |
| KFC | 9/7/21 | 34.23 | food | |
| Trio Salon Spa | 9/7/21 | 49.45 | hair cut | |
| Kwik Star | 9/9/21 | 15.01 | fuel | |
| Fareway | 9/10/21 | 51.03 | groceries | |
| Adventuerland Bar | 9/12/21 | 48 | food | |
| Kwik Star | 9/12/21 | 20.12 | fuel | |
| Caseys | 9/12/21 | 15.39 | fuel | |
| Walmart | 9/13/21 | 15.19 | household goods | |
| Walgreens | 9/14/21 | 21.52 | prescriptions | |
| CFCCU | 9/15/21 | 500 | auto loan | |
| Kwik Star | 9/15/21 | 10 | fuel | |
| Fareway | 9/15/21 | 71.26 | groceries | |
| McDonalds | 9/15/21 | 7.23 | food | |
| Kwik Star | 9/16/21 | 22.75 | fuel and food | |
| Kwik Star | 9/17/21 | 2.88 | food | |
| Chick-fil-a | 9/17/21 | 10.53 | food | |
| Walgreens | 9/18/21 | 89.16 | household goods and prescriptions | |
| Ampride | 9/18/21 | 14.05 | fuel | |
| Fareway | 9/18/21 | 38.26 | groceries | |
| Cenex | 9/18/21 | 99.65 | fuel | |
| Music Station | 9/19/21 | 8.98 | fuel | |
| Walgreens | 9/19/21 | 10.69 | household goods | |
| Kwik Star | 9/20/21 | 25 | fuel | |
| North American | 9/21/21 | 157.08 | life insurance | |
| Kwik Star | 9/21/21 | 30.18 | fuel | |
| Kwik Star | 9/22/21 | 2.98 | food | |
| Hy-Vee | 9/23/21 | 7.99 | groceries | |

| | | | | |
|---|---|---|---|---|
| Hy-Vee | 9/23/21 | 9.62 | groceries | |
| CVS | 9/23/21 | 34.24 | household goods | |
| La Michoacana | 9/24/21 | 9.5 | food | |
| Dike Schools | 9/24/21 | 15 | football pass | |
| Walmart | 9/25/21 | 55.87 | household goods | |
| Blackhawk County | 9/27 | 1,750.62 | propety taxes | |
| McDonalds | 9/27/21 | 3.62 | food | |
| Fareway | 9/27 | 217.77 | groceries | |
| Kwik Star | 9/30/21 | 25 | fuel | |
| Walmart | 9/30/21 | 30.69 | groceries | |
| Enterprise | 9/27/21 | 417.94 | | |
| | | | | |
| **Total** | | **4399.62** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cooley Sanitation | 9/8/21 | 50.23 | Trash pickup |
| Cedar Falls Utilities | 9/10/21 | 809.64 | utilities |
| Iowa Regional Utilities | 9/10/21 | 41.92 | water |
| Farm Bureau | 9/15/21 | 1362.14 | Farm and vehicle insurance |
| VanWall | 9/8/21 | 412.75 | chopper parts |
| Waverly Tire | 9/18/21 | 177.62 | mower tires |
| Blackhawk County | 9/27/21 | 1750.62 | property taxes |
| Ted's Hardware | 9/15/21 | 7.48 | pig barn supplies |
| Harbor Freight | 9/17/21 | 4.27 | hitch pin |
| Blain's Farm and Fleet | 9/25/21 | 8.32 | feeder parts |
| | | | |
| **Total** | | **4624.99** | |