**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 12 |
| | ) | Bankruptcy No. 21-00657 |
| NOLAN OTTO DEWALL and | ) | |
| AMANDA SUE DEWALL, | ) | **MOTION (WITH CONSENT) TO** |
| | ) | **EXTEND DEADLINE TO FILE** |
| Debtors. | ) | **COMPLAINT OBJECTING TO** |
| | ) | **DISCHARGEABILITY OF DEBT** |

COMES NOW, Daniel Gates ("Dan") with the consent of Debtors, and hereby moves the Court to extend the deadline for Dan only to file a Complaint objecting to the dischargeability of debt owed to Dan, pursuant to Rule 4007(c) on the following grounds:

1. Dan is a creditor and party in interest having timely filed a Proof of Claim totaling $202,899.04, as Claim No. 6.

2. Pursuant to Debtors' Motion to Extend Time to File Chapter 12 Plan (ECF Doc. 24), said Motion having previously been granted by Order of the Court, the current deadline for Dan to file a Complaint Objecting to Dischargeability of Debt is December 31, 2021.

3. Counsel for Dan and Debtors have agreed to continue to negotiate with one another to determine the issues and/or disagreements regarding Dan's Objection to Dischargeability of Debt and to attempt to incorporate a resolution of those issues into a confirmed Chapter 12 plan.

4. Given the delay in the consideration of matters related to confirmation of an eventual Chapter 12 plan, and that additional time will be needed to obtain confirmation of any agreed-upon plan, the parties believe that additional time is needed to negotiate any issues with regard to non-dischargeability.

5. Pursuant to Bankruptcy Rule 4007(c), the Court, upon Motion of any party in interest, may "for cause" extend the time fixed for filing Complaints objecting to the dischargeability of debt.

6. Dan submits that "cause" exists to extend the deadlines by an additional sixty (60) days for the reasons set forth herein.

7. Counsel for Debtors has given the undersigned counsel permission to represent that Debtors do not object to the relief requested herein.

WHEREFORE, Dan respectfully requests the Court enter an Order extending the time for him to file a Complaint Objecting to Dischargeability of Debt by a period of sixty (60) days, or until March 2, 2022.

Dated this 9th day of December, 2021.

Respectfully submitted,

*/s/ Benjamin G. Nielson*

Benjamin G. Nielson
Wesley B. Huisinga
Shuttleworth & Ingersoll, P.L.C.
115 3rd Street SE STE 500
P.O. Box 2107
Cedar Rapids, IA 52401-2107
Phone: (319) 365-9461
Fax: (319) 365-8443
Email: bgn@shuttleworthlaw.com
wbh@shuttleworthlaw.com

ATTORNEYS FOR DANIEL GATES

Consent as to form and substance:

*/s/ Ronald C. Martin*

Ronald C. Martin, Attorney for Debtors

## CERTIFICATION OF SERVICE

I certify that on the 9th day of December, 2021, I caused a true copy of the foregoing Motion (with Consent) to Extend Deadline to File Complaint Objecting to Dischargeability of Debt to be electronically filed with the Bankruptcy Court using the Court's CM/ECF system, and also sent copies of the same via U.S. Mail to:

**Ronald C. Martin**
Day Rettig Martin, P.C.
150 1st Avenue NE
P.O. Box 2877
Cedar Rapids, IA 52406-2877
ATTORNEY FOR DEBTORS

**Carol F. Dunbar**
531 Commercial Street STE 500
Waterloo, IA 50701
CHAPTER 12 TRUSTEE

*/s/ Benjamin G. Nielson*
ATTORNEYS FOR DANIEL GATES