# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

## MONTHLY REPORT FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of December 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): _Noan + Amanda Dewall_

CASE NO.: _21- 00657_

FOR MONTH ENDING: _October 2021_

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.      CASH RECEIPTS

A.  FARM INCOME

|  | | MONTH | YEAR TO DATE |
|---|---|---|---|
| Grain Sales | | | |
| #bu. _0_ corn at $ _0_ | | | |
| #bu _3371.67_ beans at $ _11.69_ | | 45,033.52 | 45 033.52 |
| #bu. _____ oats at $ _____ | | | |
| #bu. _____ milo at $ _____ | | | |
| #bu. _____ wheat at $ _____ | | | |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $ _____ | 0 | 0 |
| #hd ___ hogs at $ _____ | | |
| per/lb. _____ | | |
| #hd ___ calves at $ _____ | | |
| per/lb. _____ | | |
| #hd ___ cattle at $ _____ | | |
| per/lb. _____ | | |
| #hd ___ lambs at $ _____ | | |
| Eggs _____ | | |
| Poultry _____ | | |
| Milk _____ | | |
| Other _____ | | |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | 0 | |
| Contract payments | 0 | |
| Contract payments | 0 | |
| Rent payment | 0 | |
| Rent payment | 0 | |
| Government payment | 0 | |

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | 3205.63 | |
| Wife | 3,388.96 | |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | | |
| Other: Government Stimulus | 500 | |
| | | |
| Total Cash Receipts: | 52,128.11 | |

(3)

II.    EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

see
Attached

Total: _____

(4)

B.  FARM EXPENSES  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |

*See Attached*

Total: _____

(5)

C. TOTAL PAYMENTS MADE TO
   CHAPTER 12 TRUSTEE                                    0

   TOTAL EXPENSES FOR MONTH                    7,085.04

   CASH PROFIT (LOSS) FOR MONTH
   (TOTAL INCOME minus TOTAL EXPENSES)      45,043.07

   OTHER NON-CASH LOSSES:

       LOSS DUE TO CROP FAILURE OR
           DAMAGE: $_____0_____

       LOSS DUE TO DEATH OR DISEASE
           OF LIVESTOCK OR POULTRY:
           $_____0_____

III.   CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
       Beginning of Month:                     $ 402855

   Profit (or Loss) During Month:              $ 45,043.07

   Cash and Bank Account Balance at
       End of Month                            $ 57,043.74

IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

   Expense                                     Amount
   _____                    $_____
   _____                    $_____


I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

11/10/21        Amanda Dawll
DATE            DEBTOR(S) / OFFICER OF DEBTOR(S)
                Nolan Dahll

| Household Payee | Date | Amount | Purpose |
|---|---|---|---|
| CFCCU | 10/6/21 | 1594 | boat payment |
| UsCellular | 10/8/21 | 123.66 | phone bill |
| Iowa State NEA | 10/15 | 79.1 | Union dues |
| Strawbridge Studios | 10/18/21 | 66 | School photos |
| North American Insurance | 10/20/21 | 157.08 | Life insurance |
| CFCCU | 10/31/21 | 797 | Boat payment |
| Fareway | 10/4/21 | 44.71 | groceries |
| Netflex | 10/4/21 | 9.62 | entertainment |
| Caseys | 10/7/21 | 6.07 | food |
| Jassies Bar and Grill | 10/8/21 | 9.76 | food |
| Dan's Discount Warehouse | 10/8/21 | 55.38 | clothing |
| Ulta | 10/12/21 | 37.45 | makeup |
| Martin Brothers | 10/12/21 | 25.96 | groceries |
| Cenex | 10/12/21 | 41.23 | fuel |
| Walmart | 10/12/21 | 20.63 | household goods |
| Kwik Star | 10/13/21 | 6.32 | groceries |
| Kwik Star | 10/12/21 | 2.79 | food |
| Fareway | 10/15/21 | 55.97 | groceries |
| Dan's Discount Warehouse | 10/18/21 | 27.79 | apparel |
| Kwik Star | 10/18/21 | 96.69 | fuel |
| Beyond Blessed Consignment | 10/18/21 | 29.96 | apparel |
| Target | 10/18/21 | 59.04 | gift |
| Target | 10/18/21 | 6.41 | food |
| Iowa Judicial Branch | 10/18/21 | 175 | ticket |
| Slice Ultra Shed | 10/18/21 | 47.15 | food |
| Fareway | 10/18/21 | 7.43 | groceries |
| HyVee | 10/20/21 | 10.48 | groceries |
| CVS Pharmacy | 10/21 | 21.44 | household goods |
| Cenex | 10/21 | 22.85 | fuel |
| Kwik Star | 10/22/21 | 4.79 | food |
| Fareway | 10/25/21 | 74.33 | groceries |
| Walgreens | 10/25/21 | 21.52 | prescription |
| Git N Go | 10/25/21 | 75 | fuel |
| Cedar Valley Medical Specialists | 10/26/21 | 30 | doctor bill |

| | | | |
|---|---|---|---|
| Enterprise | 10/26/21 | 221.42 | vehicle rental |
| CVS Pharmacy | 10/27/21 | 21.44 | prescription |
| Kwik Star | 10/28/21 | 37.77 | fuel |
| Kwik Star | 10/28/21 | 3.52 | food |
| Amazon Prime | 10/29/21 | 13.9 | entertainment |
| Randalls | 10/29/21 | 8.39 | groceries |
| HyVee | 10/29/21 | 106.12 | groceries |
| Kwik Star | 10/21/21 | 3.2 | food |
| Walmart | 10/31/21 | 148.87 | groceries |
| Kwik Star | 10/26/21 | 5.46 | fuel |
| UNI | 10/31/21 | 5 | parking |
| Kwik Star | 10/5/21 | 15 | fuel |
| HyVee | 10/23/21 | 15 | fuel |
| Dike Elementary School | 10/10 | 10 | fundraiser |
| Coldstone Creamery | 10/20 | 6.41 | food |
| Trio Salon Spa | 10/20 | 67.5 | hair appointment |
| Git N Go | 10/1 | 90 | fuel |
| McDonalds | 10/3 | 3.73 | food |
| Bloomsbury Farm | 10/2 | 32.33 | food |
| Walmart | 10/6 | 100.35 | groceries |
| | | | |
| | | | |
| | | | |
| **Total** | | **4758.02** | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cedar Falls Utilities | 10/19/21 | 969.07 | Utilities |
| Cooley Sanitation | 10/5/21 | 50.23 | Garbag pickup |
| Iowa Regional Utilities | 10/12/21 | 41.92 | Water bill |
| Farm Bureau | 10/15/21 | 1244.41 | Farm and Vehicle Insurance payments |
| Tractor Supply | 10/4/21 | 21.39 | Farm supplies |
| | | | |
| | | | |
| **Total** | | **2327.02** | |