# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

## MONTHLY REPORT FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz AT0014985
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of January 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): _Amanda + Nolan Dewall_

CASE NO.: _21-00657_

FOR MONTH ENDING: _November 2021_

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.     CASH RECEIPTS

A. FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | | |
| Contract payments | | |
| Contract payments | | |
| Rent payment | 12,120 | |
| Rent payment | | |
| Government payment | 500 | |

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | 2564.07 | |
| Wife | 3602.39 | |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | | |
| Other: Enterprise | 300 | |
| Total Cash Receipts: | 19,086.46 | |

(3)

II.   EXPENSES PAID

A.   HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See Attached file

Total: _____

(4)

B. <u>FARM EXPENSES</u> (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See
attached
file

Total: _____

November

(5)

C. TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE                              0

TOTAL EXPENSES FOR MONTH                    31,205.23

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)    -12,118.77

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE: $   0

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY:
$   0

III.   CASH RECONCILIATION:

Cash and Bank Accounts Balance at
Beginning of Month:                         $ 50,196.62

Profit (or Loss) During Month:              $ -12,118.77

Cash and Bank Account Balance at
End of Month                                $ 38,172.85

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

Expense                          Amount
_____          $_____
_____          $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

12/5/21                  Amanda DeWall
DATE                     DEBTOR(S) / OFFICER OF DEBTOR(S)
12-5-21

| Household Payee | Date | Amount | Purpose | | |
|---|---|---|---|---|---|
| Iowa State NEA | 11/5/21 | 50.23 | union dues | | |
| Norther American Life Insurance | 11/29/21 | 157.08 | Life insurance | | |
| Enterprise Rent a Car | 11/1 | 169.68 | Car Rental | | |
| Walmart | 11/01 | 148.87 | Groceries | | |
| Cenex | 11/2/21 | 103.91 | fuel | | |
| Cedar Valley Medical Specialists | 11/3/21 | 30 | doctor bill | | |
| Netflix | 11/4/21 | 9.62 | Entertainment | | |
| Enterprise Rent a Car | 11/4/21 | 67.87 | Car Rental | | |
| Unity Point Health | 11/04 | 30 | doctor bill | | |
| USCellular | 11/04 | 123.46 | phone bill | | |
| Amazon | 11/5/21 | 139.83 | gift | | |
| Panera Bread | 11.5 | 10.61 | food | | |
| Caseys | 11/5/21 | 12.11 | food | | |
| Caseys | 11/5/21 | 9.17 | food | | |
| Kwik Star | 11/5/21 | 28.21 | fuel | | |
| HyVee | 11/5/21 | 53.5 | Groceries | | |
| Cenex | 11/5/21 | 20.41 | fuel | | |
| Pizza Ranch | 11/8/21 | 42.76 | food | | |
| Caseys | 11/8/21 | 23.89 | fuel | | |
| Kwik Star | 11/8/21 | 4.52 | food | | |
| McGrath Auto | 11/8/21 | 5097.05 | vehicle | | |
| Caseys | 11/9/21 | 28.37 | fuel | | |
| Kwik Star | 11/10/21 | 7.89 | food | | |
| Casesy | 11/12/21 | 2.88 | food | | |
| Randals | 11/12/21 | 7.24 | food | | |
| UNI Tix | 11/12/21 | 37.5 | entertainment | | |
| HyVee | 11/15/21 | 20.42 | Groceries | | |
| Fareway | 11/15 | 178.54 | Groceries | | |
| Jane LLC | 11/15 | 25.55 | gifts | | |
| Target | 11/15 | 57.18 | gifts | | |
| Fareway | 11/15/21 | 80.31 | groceries | | |
| Etsy | 11/15/21 | 32.89 | gifts | | |
| Cenex | 11/15/21 | 21.29 | fuel | | |
| Cenex | 11/15/21 | 119.73 | fuel | | |
| Amazon | 11/16/21 | 86.64 | gifts | | |
| Fareway | 11/16/21 | 17.43 | groceries | | |
| Kwik Star | 11/18/21 | 30.17 | fuel | | |
| Cenex | 11/19/21 | 15.06 | food | | |

| | | | | | |
|---|---|---|---|---|---|
| Jane LLC | 11/22/21 | 27.69 | gifts | | |
| Walgreens | 11/22/21 | 89.77 | prescription meds and household items | | |
| Kwik Star | 11/22/21 | 4.45 | food | | |
| Wild Hare | 11/23/21 | 69.98 | food | | |
| Caseys | 11/23/21 | 25 | fuel | | |
| Caseys | 11/24/21 | 21.71 | fuel | | |
| CVS Pharmacy | 11/24/21 | 42.88 | prescription meds | | |
| Freddys | 11/26/21 | 5.86 | food | | |
| HyVee | 11/26/21 | 31.39 | groceries | | |
| Caseys | 11/26 | 45.14 | fuel and food | | |
| HyVee | 11/29 | 122.49 | groceries | | |
| HyVee Gas | 11/29 | 64.05 | fuel | | |
| Amazon | 11/29 | 13.9 | subscription | | |
| The OP | 11/29 | 75.16 | food | | |
| HyVee | 11/30 | 9.08 | groceries | | |
| Cenex | 11/30 | 94.19 | fuel and food | | |
| Kwik Star | 11/11 | 3.88 | food | | |
| Real Deals | 11/20 | 24.96 | gifts | | |
| Surplus Grocery | 11/06 | 31.76 | groceries | | |
| HyVee | 11/09 | 11.46 | food | | |
| Taco Johns | 11/09 | 5.64 | fod | | |
| Fareway | 11/06 | 12.55 | groceries | | |
| Walgreens | 11/06 | 42.49 | prescriptions | | |
| Lincoln Elementary | 11/25 | 10 | tshirt | | |
| Old Navy | 11/20 | 58.89 | clothing | | |
| Bath and Body Works | 11/20 | 12.63 | household items | | |
| **Total** | | **8058.87** | | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cedar Falls Utilities | 11/12/21 | 684.36 | Utilities |
| Cooley Sanitation | 11/5/21 | 50.23 | Garbag pickup |
| Iowa Regional Utilities | 11/4/21 | 41.92 | Water bill |
| Farm Bureau | 11/15/21 | 1522.61 | Farm and Vehicle Insurance payments |
| S and M Wholesalers | 11/1/21 | 20.26 | Farm supplies |
| S and M Wholesalers | 11/8/21 | 31.76 | Farm supplies |
| Blaines Farm and Flee | 11/18/21 | 19.22 | Farm supplies |
| Farmers State Bank | 11/24 | 20,000 | loan payment |
| Rain and Hail | 11/15/21 | 776 | crop insurance |
| **Total** | | **23146.36** | |