**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD DECEMBER 1, 2021 THROUGH
DECEMBER 31, 2021**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz AT0014985
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of January 2021, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): *Amanda + Nolan Dewxul*

CASE NO.: *21 - 00657*

FOR MONTH ENDING: *December 2021*

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A.  FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | | |
|---|---|---|
| #hd ____ feeder pigs at $_____ | _____ | _____ |
| #hd ____ hogs at $_____  per/lb. _____ | _____ | _____ |
| #hd ____ calves at $_____  per/lb. _____ | _____ | _____ |
| #hd ____ cattle at $_____  per/lb. _____ | _____ | _____ |
| #hd ____ lambs at $_____ | _____ | _____ |
| 'Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments

Contract payments

Contract payments

Rent payment

Rent payment

Government payment _500_

B. WAGES FROM OUTSIDE WORK

Husband     2656.67

Wife     3,549.03

but didn't put 1,313.86 in account before Jan. 1

C. OTHER RECIEPTS

Social Security

Other: _____

Total Cash Receipts:     6705.70

(3)

II.    EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

*See Attached list*

Total: _____

(4)

B. FARM EXPENSES (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See
Attached
list

Total: _____

(5)

C.  TOTAL PAYMENTS MADE TO
    CHAPTER 12 TRUSTEE                                    0

    TOTAL EXPENSES FOR MONTH                          23,190.46

    CASH PROFIT (LOSS) FOR MONTH
    (TOTAL INCOME minus TOTAL EXPENSES)           -16484.76

    OTHER NON-CASH LOSSES:

        LOSS DUE TO CROP FAILURE OR
            DAMAGE: $ 0

        LOSS DUE TO DEATH OR DISEASE
            OF LIVESTOCK OR POULTRY:
            $ 0

III.  CASH RECONCILIATION:

    Cash and Bank Accounts Balance at
        Beginning of Month:                         $ 38172.85

    Profit (or Loss) During Month:                  $ -16484.76

    Cash and Bank Account Balance at
        End of Month                                $ 22,191.09

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

    Expense                                    Amount
    _____               $_____
    _____               $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

1/17/2022          Amanda Dewall
DATE               DEBTOR(S) / OFFICER OF DEBTOR(S)
                   Nolan Dewall

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Kwik Star | 12/1/21 | 13.88 | food | |
| Amazon | 12/2/21 | 23.95 | xmas gifts | |
| Hyvee | 12/2 | 9.08 | groceries | |
| Target | 12/03 | 45.45 | xmas gifts | |
| Walmart | 12/3/21 | 39.91 | groceries | |
| Netflix | 12/6/21 | 9.62 | entertainment | |
| Kwik Star | 12/6/21 | 7.57 | food | |
| Stuff Etc. | 12/6/21 | 91.21 | clothing | |
| Walmart | 12/06 | 17.4 | groceries | |
| Fareway | 12/06 | 79.8 | groceries | |
| Starbeck's | 12/8/21 | 25 | xmas gifts | |
| Kwik Star | 12/8/21 | 25.81 | fuel and food | |
| Walmart | 12/8/21 | 125.68 | groceries | |
| Marcus Theatres | 12/9/21 | 25.5 | xmas gifts | |
| Cenex | 12/9/21 | 15.23 | fuel | |
| Caseys | 12/9/21 | 5.75 | food | |
| Target | 12/13/21 | 15 | xmas gifts | |
| Cenex | 12/31/21 | 31.2 | fuel | |
| Trio Salon | 12/13/21 | 205.46 | hair cut and color | |
| Kwik Star | 12/13/21 | 15.15 | groceries | |
| Cenex | 12/13/21 | 100.12 | fuel | |
| Walmart | 12/13/21 | 35.35 | groceries | |
| Fareway | 12/15/21 | 90 | groceries | |
| Fareway | 12/16/21 | 23.7 | groceries | |
| Fareway | 12/17/21 | 35 | groceries | |
| Cenex | 12/17/21 | 20 | fuel | |
| Walmart | 12/17/21 | 39.91 | household items | |
| Wild Hare | 12/20 | 50.88 | food | |
| Walgreens | 12/20 | 81.17 | household items and meds | |
| Walmart | 12/20 | 12.8 | xmas gifts | |
| Dollar Tree | 12/20/21 | 9.63 | xmas gifts | |
| Hobby Lobby | 12/20/21 | 13.36 | xmas gifts | |
| Buff City Soap | 12/20/21 | 33.17 | xmas gifts | |
| Real Deals | 12/20/21 | 36.65 | xmas gifts | |
| Hyvee | 12/20/21 | 100.45 | groceries | |
| Caseys | 12/20/21 | 20.02 | fuel | |
| Target | 12/21/21 | 6.01 | xmas gifts | |
| Jimmy Johns | 12/21/21 | 11.44 | food | |

| | | | | |
|---|---|---|---|---|
| Cenex | 12/21/21 | 2.44 | food | |
| Cenex | 12/22/21 | 77.73 | fuel | |
| Walmart | 12/23/21 | 37.21 | xmas gifts | |
| Cenex | 12/23/21 | 89.54 | fuel and food | |
| Hyvee Gas | 12/27/21 | 20.01 | fuel | |
| Dan Gates | 12/27/21 | 1500 | payment | |
| Amazon Prime | 12/29/21 | 13.9 | entertainment | |
| Cenex | 12/30/21 | 2.44 | food | |
| Walmart | 12/30/21 | 125.12 | groceries and household supplies | |
| Cenex | 12/31 | 37.32 | fuel | |
| CFCCU | 12/5 | 797 | loan payment | |
| US Cellular | 12/6 | 123.46 | cell phone bill | |
| Iowa State NEA | 12/15 | 79.1 | union dues | |
| Kimball and Beecher | 12/16 | 167.62 | dentist | |
| CFCCU | 12/20 | 797 | loan payment | |
| North American Life Insurance | 12/21 | 157.08 | insurance | |
| Alex Nabholz | 12/12 | 16 | household goods | |
| Aimee Buskhol | 12/23 | 30 | xmas gifts | |
| Kwik Star | 12/29 | 2.16 | food | |
| Joyce Schroeder | 12/30 | 15 | clothing | |
| Surplus Grocery | 12/04 | 23.38 | groceries | |
| Stuff Etc. | 12/04 | 80 | clothing | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | **5740.82** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Roger Hartman | 12/6/21 | 6412.5 | ground rent |
| Old Navy | 12/21/21 | 42.78 | farm clothes |
| Sam Annis and Co | 12/22/21 | 3687.3 | LP |
| Menards | 12/27/21 | 14.34 | hog house supplies |
| Menards | 12/27/21 | 36.97 | hog house supplies |
| Hog Slat | 12/28/21 | 80.22 | hog house supplies |
| Hog Slat | 12/27/21 | 2556.21 | hog house supplies |
| Sam Annis and Co | 12/28 | 1,903 | lp |
| Fleet Farm | 12/29/21 | 12.82 | hog house supplies |
| Cooley Sanitation | 12/6/21 | 50.23 | garbage pick up |
| CFU | 12/7/21 | 979.98 | utilties |
| Farm Bureau | 12/15/21 | 1640.62 | farm and vehicle insurance |
| Iowa Regional Utilities | 12/7 | 32.52 | water bill |
| | | | |
| **Total** | | **17449.64** | |