**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz AT0014985
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of February 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Amanda + Nolan DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: Jan. 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A.  FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Jan. 22

(2)

Miscellaneous Farm Income

Contract payments

Contract payments

Contract payments

Rent payment

Rent payment

Government payment

B. WAGES FROM OUTSIDE WORK

Husband                3635.98

Wife                      0

C. OTHER RECIEPTS

Social Security

Other: _____

_____

_____

Total Cash Receipts:     3635.98

Jan. 22

(3)

II.    EXPENSES PAID

A.    HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |

See attached file

Total: _____

Jan. 22

(4)

B. FARM EXPENSES  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See
attached
file

Total: _____

(5)

*Jaroa*

C. TOTAL PAYMENTS MADE TO
   CHAPTER 12 TRUSTEE                                    0

   TOTAL EXPENSES FOR MONTH                          11,199.99

   CASH PROFIT (LOSS) FOR MONTH
   (TOTAL INCOME minus TOTAL EXPENSES)           -7465.01

   OTHER NON-CASH LOSSES:

         LOSS DUE TO CROP FAILURE OR
            DAMAGE: $    0

         LOSS DUE TO DEATH OR DISEASE
            OF LIVESTOCK OR POULTRY:
            $    0

III.   CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
      Beginning of Month:                        $ 22191.09

   Profit (or Loss) During Month:                $ -7465.01

   Cash and Bank Account Balance at
      End of Month                               $ 14,954.18

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

   Expense                                    Amount
   _____               $_____
   _____               $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

1/9/22          *Amanda Duvall*
DATE            DEBTOR(S) / OFFICER OF DEBTOR(S)
                *Nathan Duvall*

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Kwik Star | 1/3/22 | 2.99 | milk | |
| Dan's Discount | 1/8/22 | 7.9 | household goods | |
| Surplus Grocery | 1/8 | 40.7 | groceries | |
| Panera Bread | 01/07/22 | 12.5 | food | |
| Gladbrook Reinbeck | 1/29/22 | 5 | basketball admission | |
| Iowa NEA | 1/18/22 | 79.1 | union dues | |
| North American Life | 1/19/22 | 157.08 | life insurance | |
| CFCCU | 1/20/22 | 797 | boat payment | |
| Ben Thiessen | 01/22 | 300 | couch and chair | |
| Cenex | 1/3/22 | 119.18 | fuel | |
| Walgreens | 1/3/22 | 50.08 | prescriptions | |
| Cenex | 1/3/22 | 55.31 | fuel | |
| Netflix | 1/4/22 | 9.62 | entertainment | |
| Kwik Star | 1/6/22 | 7.57 | groceries | |
| Menards | 1/7/22 | 7.21 | household goods | |
| Fareway | 1/7/22 | 101.79 | groceries | |
| Walmart | 1/10/22 | 32.39 | household goods | |
| Target | 1/10/22 | 56.7 | clothing | |
| Kwik Star | 1/10/22 | 20.1 | fuel | |
| US Cellular | 1/10/22 | 123.46 | cell phone bill | |
| Caseys | 1/13/22 | 17.4 | food | |
| Cenex | 1/13/22 | 30.41 | fuel | |
| Kwik Star | 1/13/22 | 41.18 | fuel | |
| Kwik Star | 1/13/22 | 14.13 | food | |
| Fareway | 1/13/22 | 55.11 | groceries | |
| Caseys | 1/14/22 | 20 | fuel | |
| Hyvee | 1/18/22 | 97.8 | groceries and food | |
| BP | 1/18 | 57.61 | fuel | |
| Kwik Star | 1/19 | 11.09 | groceries | |
| Caseys | 1/20 | 7.46 | food | |
| Amazon | 1/24/22 | 34.22 | clothing | |
| Caseys | 1/24/22 | 95.12 | fuel | |
| Kwik Star | 1/24/22 | 15.18 | groceries | |
| Cenex | 1/25/22 | 39.15 | fuel | |
| Walmart | 1/26/22 | 67.6 | groceries and household goods | |
| Target | 1/27/22 | 8.43 | household goods | |
| Kwik Star | 1/27/22 | 23.43 | fuel | |

| | | | | |
|---|---|---|---|---|
| Walmart | 1/28/22 | 45.23 | groceries and household goods | |
| Fareway | 1/28/22 | 14.85 | groceries | |
| Kwik Star | 1/28/22 | 7.56 | groceries | |
| Michaels | 1/28/22 | 19.08 | household items | |
| Amazon | 1/31/22 | 13.9 | household items | |
| Caseys | 1/31/22 | 58.31 | fuel | |
| Amazon | 1/31/22 | 46.52 | clothing | |
| Fareway | 1/31/22 | 34.56 | groceries | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | **2861.01** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Cooley Sanitation | 1/5/22 | 50.73 | garbage |
| Farm Bureau | 1/18/22 | 1544.95 | farm and vehicle insurance |
| Iowa Regional Utilities | 1/11/22 | 41.92 | water |
| DeSousa Livestock | 1/3/22 | 1181.39 | barn cleaning |
| CF Utilities | 1/11/22 | 671.69 | utilities |
| Sam Annis | 1/13/22 | 712.14 | LP |
| FS New Century | 1/26/22 | 4037.16 | beans |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **8239.98** | |