## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

## MONTHLY REPORT FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of March 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Amanda + Nolan DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: Feb. 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A.    FARM INCOME

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Grain Sales | | |
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |
| Livestock Sales | | |
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | | |
| Contract payments | | |
| Contract payments | | |
| Rent payment | | |
| Rent payment | | |
| Government payment | 1576.00 | |

Unemployment

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | 1,313.86 | Realized this December check was never cashed. |
| Wife | 3130.06 | |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | | |
| Other: _____ | | |
| | | |
| | | |

Total Cash Receipts:   6019.92

(3)

II.     EXPENSES PAID

A.  HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

*See attached sheet*

Total: _____

(4)

B. <u>FARM EXPENSES</u>  (Use more pages, if necessary)

See
attached
Sheet

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **Total:** |  |

(5)

C.  TOTAL PAYMENTS MADE TO
    CHAPTER 12 TRUSTEE                                         0

    TOTAL EXPENSES FOR MONTH                      10,838.99

    CASH PROFIT (LOSS) FOR MONTH
    (TOTAL INCOME minus TOTAL EXPENSES)      -4819.07

    OTHER NON-CASH LOSSES:

        LOSS DUE TO CROP FAILURE OR
            DAMAGE: $  0

        LOSS DUE TO DEATH OR DISEASE
            OF LIVESTOCK OR POULTRY:
            $  0

III.   CASH RECONCILIATION:

    Cash and Bank Accounts Balance at
        Beginning of Month:                    $ 14,954.18

    Profit (or Loss) During Month:             $ -4819.07

    Cash and Bank Account Balance at
        End of Month                           $ 9,801.20

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

    Expense                                         Amount
    _____            $_____
    _____            $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

3/7/22          Amanda Dewell
DATE            DEBTOR(S) / OFFICER OF DEBTOR(S)
3-7-22          Nolen Dewell

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Sophie Phillips | 2/23/22 | 10 | hair cut | |
| Parkersburg School | 2/26/22 | 7 | food | |
| Surplus Grocery | 2/5 | 16.92 | groceries | |
| Subway | 02/25/22 | 16.08 | food | |
| Walgreens | 2/10/22 | 4.91 | prescriptions | |
| Kimball and Beecher | 2/1/22 | 167.62 | dental work | |
| Wayson Family Chiro | 2/1/22 | 30 | chiropractor | |
| Walgreens | 2/1/22 | 50.08 | prescriptions | |
| CVS Pharmacy | 02/01 | 42.88 | groceries | |
| Casey's | 2/3/22 | 59.04 | fuel | |
| Netflix | 2/4/22 | 9.62 | entertainment | |
| Lucky Penny Resturant | 2/4/22 | 34.97 | food | |
| Casey's | 2/4/22 | 10.07 | food | |
| Cenex | 2/4/22 | 20.41 | fuel | |
| US Cellular | 2/4/22 | 125.9 | cell phone bill | |
| Dan Gates | 02/04 | 1500 | payment | |
| Trio Salon | 02/07 | 63.5 | hair cut | |
| Kwik Star | 2/7/22 | 1.99 | food | |
| Fareway | 2/7/22 | 87.69 | groceries | |
| Fareway | 2/7/22 | 10.87 | groceries | |
| Caseys | 2/7/22 | 24.04 | fuel | |
| Amira Ehlers | 2/20/22 | 300 | used washer | |
| Klinger, Robinson and Ford | 2/7/22 | 3600 | retainer fee | |
| Teachers Pay Teachers | 2/9/22 | 6.21 | worksheets for teaching | |
| Kwik Star | 2/10/22 | 38.4 | fuel | |
| Fareway | 2/10/22 | 26.92 | groceries | |
| Kwik Star | 2/11 | 7.91 | food | |
| Kwik Star | 2/14 | 17.93 | fuel | |
| Walmart | 2/14 | 76.92 | groceries | |
| Casey's | 2/12/22 | 5.38 | food | |
| Casey's | 2/12/22 | 24.74 | fuel | |
| Kwik Star | 2/14/22 | 9.83 | food | |
| Cenex | 2/14/22 | 109.97 | fuel | |
| Target | 2/15/22 | 17.08 | household items | |
| Kwik Star | 2/15/22 | 4.06 | food | |
| Fareway | 2/17/22 | 15.08 | groceries | |
| Kwik Star | 2/18/22 | 45.14 | fuel | |

| | | | | |
|---|---|---|---|---|
| Walmart | 2/18/22 | 22.9 | groceries | |
| Murphy's | 2/18/22 | 0.96 | fuel | |
| Fareway | 2/22/22 | 196.87 | groceries | |
| ATM Fee | 2/22/22 | 2.5 | fee | |
| Hurts Donut | 2/23/22 | 7 | food | |
| Jimmy John's | 2/23/22 | 9.89 | food | |
| Dalton Heating and Cooling | 2/23/22 | 373 | furnace repair | |
| Cenex | 2/24/22 | 9.93 | fuel | |
| Cenex | 2/24/22 | 40.13 | fuel | |
| Walmart | 2/25 | 78.48 | groceries | |
| Martin Brothers | 02/28 | 62.94 | groceries | |
| Walmart | 02/28 | 41.44 | groceries | |
| Menards | 02/28 | 45.75 | household items | |
| T and L | 02/28 | 47.5 | food | |
| IA State NEA | 02/15 | 79.1 | union dues | |
| CFCCU | 02/17 | 797 | boat payment | |
| North American Life Insurance | 02/22 | 157.08 | life insurance | |
| Unity Point Health | 02/10 | 30 | medical bill | |
| **Total** | | **8601.63** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| CF Utilities | 2/11/22 | 667.54 | utilities |
| Iowa Regional Utilities | 2/11/22 | 33.18 | water |
| Johnstone Supply | 2/23/22 | 358.95 | parts |
| Cooley Sanitation | 2/7/22 | 50.73 | garbage pickup |
| San Annis | 2/8/22 | 1126.96 | LP |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **2237.36** | |