**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD MARCH 1, 2022 THROUGH
MARCH 31, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of April 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Amanda + Noah DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: March 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A.   FARM INCOME

|  | MONTH | YEAR TO DATE |
|---|---|---|
| Grain Sales |  |  |
| #bu. _____ corn at $_____ |  |  |
| #bu. _____ beans at $_____ |  |  |
| #bu. _____ oats at $_____ |  |  |
| #bu. _____ milo at $_____ |  |  |
| #bu. _____ wheat at $_____ |  |  |
| Livestock Sales |  |  |
| #hd ___ feeder pigs at $_____ |  |  |
| #hd ___ hogs at $_____ per/lb. _____ |  |  |
| #hd ___ calves at $_____ per/lb. _____ |  |  |
| #hd ___ cattle at $_____ per/lb. _____ |  |  |
| #hd ___ lambs at $_____ |  |  |
| Eggs _____ |  |  |
| Poultry _____ |  |  |
| Milk _____ |  |  |
| Other _____ |  |  |
| _____ |  |  |
| _____ |  |  |
| _____ |  |  |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | 3,000 | |
| Contract payments | | |
| Contract payments | | |
| Rent payment | | |
| Rent payment | | |
| Government payment | 1,576.00 | |

unemployment

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | ~~4,130.89~~ | |
| Wife | 4,130.89 | |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | | |
| Other: _____ | | |
| _____ | | |
| _____ | | |

Total Cash Receipts: 8706.89

(3)

II.    EXPENSES PAID

A. HOUSEHOLD  (Use more pages, if necessary)



| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       | Total: |      |         |

(4)

B. <u>FARM EXPENSES</u>  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |

*See attached list*

Total: _____

(5)

C.  TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE                    0

TOTAL EXPENSES FOR MONTH            12,711.71

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)   -4004.82

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE: $_____

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY:
$_____

III.  CASH RECONCILIATION:

Cash and Bank Accounts Balance at
Beginning of Month:                  $9801.20

Profit (or Loss) During Month:       $ -4004.82

Cash and Bank Account Balance at
End of Month                         $5873.42

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

| Expense | Amount |
|---------|--------|
| _____ | $_____ |
| _____ | $_____ |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

4/9/22                    Amanda Dewill
DATE                      DEBTOR(S) / OFFICER OF DEBTOR(S)
4-9-2022                  Neil Dewill

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Cenex | 3/1/22 | 12.2 | food | |
| Kimball and Beecher | 3/2/22 | 167.62 | dental work | |
| Amazon Prime | 3/2 | 13.9 | entertainment | |
| Mini Mart | 03/02/22 | 25 | fuel | |
| Walmart | 3/2/22 | 35.34 | groceries | |
| Kwik Star | 3/2/22 | 8.95 | groceries | |
| Farm and Fleet | 3/3/22 | 64.19 | fuel | |
| Netflix | 3/4/22 | 10.69 | entertainment | |
| Kwik Star | 03/07 | 100 | fuel | |
| Walmart | 3/7/22 | 90.98 | groceries and household goods | |
| Martin Brothers | 3/7/22 | 50.96 | groceries | |
| Mini Mart | 3/7/22 | 24.02 | food | |
| Cedar Valley Medical Specialists | 3/8/22 | 30 | medical | |
| Marcus Theatres | 3/8/22 | 35.14 | entertainment | |
| Walmart | 3/8/22 | 38.01 | household items | |
| US Cellular | 03/08 | 125.9 | phone bill | |
| Unity Point Health | 03/08 | 100 | medical | |
| Kwik Star | 3/9/22 | 60.05 | fuel | |
| Kwik Star | 3/10/22 | 5.86 | food | |
| McDonalds | 3/11/22 | 13.24 | food | |
| Kwik Star | 3/14/22 | 31.88 | fuel | |
| Caseys | 3/14/22 | 25.58 | food | |
| Surplus Grocery | 3/14/22 | 8.42 | groceries | |
| Kwik Star | 3/15/22 | 13.95 | groceries | |
| Waverly Tire | 3/16/22 | 74.9 | tire | |
| Peppers Bar and Grill | 3/16/22 | 30.54 | food | |
| Iowa Pay | 3/16 | 3.38 | parking | |
| Mini Mart | 3/16 | 71.09 | fuel | |
| City of Dike | 3/17 | 80 | baseball | |
| Pizza Ranch | 3/17/22 | 15.96 | food | |
| Fareway | 3/17/22 | 112.64 | groceries | |
| Walgreens | 3/18/22 | 12.66 | prescriptions | |
| Caseys | 3/18/22 | 101.9 | fuel | |
| Trio Salon Spa | 3/21/22 | 91.46 | hair cut | |
| Fareway | 3/21/22 | 2.68 | groceries | |
| Target | 3/22/22 | 60.07 | easter gifts | |
| Caseys | 3/22/22 | 119.08 | fuel | |

| | | | | |
|---|---|---|---|---|
| J's Restaurant | 3/24/22 | 15.9 | food | |
| Fareway | 3/24/22 | 54.66 | groceries | |
| Dike DEPO | 3/24/22 | 24 | fundrasier | |
| Kwik Star | 3/25/22 | 25.28 | food | |
| B and B West - Sarwar Corp | 3/28/22 | 100 | fuel | |
| Stuff Etc. | 3/28/22 | 155.87 | clothing | |
| Ulta | 3/28/22 | 72.76 | makeup | |
| Rasmusson Towing | 3/28/22 | 64.2 | tow | |
| Hyvee | 3/28/22 | 85 | groceries | |
| Amazon | 3/29 | 16.04 | household items | |
| Kwik Star | 03/29 | 8.77 | food | |
| BP | 03/29 | 100 | fuel | |
| Fit courts | 03/05 | 14 | bball tournament | |
| NEA | 03/15 | 79.1 | union dues | |
| CFCCU | 03/19 | 797 | boat payment | |
| North American | 03/21 | 157.08 | life insurance | |
| Blaines Farm and Fleet | 03/14 | 46.59 | oil change | |
| | | | | |
| **Total** | | **3684.49** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| CF Utilities | 3/8/22 | 912.88 | utilities |
| Iowa Regional Utilities | 3/8/22 | 42.77 | water |
| Roger Hartman Trust | 3/7/22 | 6412.5 | farm rent |
| Cooley Sanitation | 3/7/22 | 50.73 | garbage pickup |
| Farm Bureau | 3/15/22 | 1544.95 | farm insurance |
| Farm and Fleet | 3/14/22 | 56.98 | farm tools |
| Farm and Fleet | 3/22/22 | 6.41 | farm items |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **9027.22** | |