**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE:<br><br>NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL,<br><br>Debtors. | Chapter 12<br><br>Bankruptcy No. 21-00657 |

**MONTHLY REPORT FOR THE PERIOD APRIL 1, 2022 THROUGH APRIL 30, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of May 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Nolan & Amanda DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: April 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.   CASH RECEIPTS

A.   FARM INCOME

|  |  | MONTH | YEAR TO DATE |
|---|---|---|---|
| Grain Sales | | | |
| #bu. _____ corn at $_____ | | _____ | _____ |
| #bu. _____ beans at $_____ | | _____ | _____ |
| #bu. _____ oats at $_____ | | _____ | _____ |
| #bu. _____ milo at $_____ | | _____ | _____ |
| #bu. _____ wheat at $_____ | | _____ | _____ |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments _____ _____
Contract payments _____ _____
Contract payments _____ _____
Rent payment _____ _____
Rent payment _____ _____
Government payment _____ _____

B. WAGES FROM OUTSIDE WORK

Husband    2542.08 _____
Wife       3221.39 _____

C. OTHER RECIEPTS

Social Security
Other: Samsung    1333.48 - Refridgerator Refund
_____ _____ _____
_____ _____ _____

Total Cash Receipts:    7096.95 _____

(3)

II.    EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total: | |

See attached sheet

(4)

B. FARM EXPENSES (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

*See Attached Sheet*

Total: _____

(5)

C. <u>TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE</u>                    0

TOTAL EXPENSES FOR MONTH            9272.66

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)   -2175.71

OTHER NON-CASH LOSSES:

    LOSS DUE TO CROP FAILURE OR
      DAMAGE: $ 0

    LOSS DUE TO DEATH OR DISEASE
      OF LIVESTOCK OR POULTRY:
    $ 0

III.   <u>CASH RECONCILIATION:</u>

Cash and Bank Accounts Balance at
  Beginning of Month:            $ 5873.42

Profit (or Loss) During Month:    $ -2175.71

Cash and Bank Account Balance at
  End of Month                   $ 3697.71

IV.   <u>EXPENSES CHARGED BUT NOT PAID DURING MONTH</u>  (itemize):

Expense                              Amount
_____          $_____
_____          $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

5/9/22        *Amanda DeWall*
DATE          DEBTOR(S) / OFFICER OF DEBTOR(S)

      *John DeWall*

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Kimball and Beecher | 4/1/22 | 167.64 | dental work | |
| Godfather's Pizza | 4/1/22 | 33.54 | food | |
| Kwik Star | 4/1 | 108.25 | fuel | |
| Hyvee | 04/01/22 | 48.02 | groceries | |
| Fareway | 4/1/22 | 33.13 | groceries | |
| Plunketts Pest Control | 4/4/22 | 200 | pest control | |
| Walgreens | 4/4/22 | 8.34 | prescriptions | |
| Amazon | 4/4/22 | 55.61 | Easter gifts | |
| Netflix | 04/04 | 10.69 | entertainment | |
| Print This | 4/4/22 | 18 | jerseys | |
| Fareway | 4/5/22 | 79.72 | groceries | |
| US Cellular | 4/5/22 | 125.9 | cell phones bill | |
| Fleet Farm | 4/6/22 | 109.83 | fuel | |
| Martin Brothers | 4/7/22 | 68.43 | groceries | |
| DoorDash | 4/11/22 | 35.91 | food | |
| Kwik Star | 04/11 | 100 | fuel | |
| Thompson Shoes | 04/12 | 7.48 | household items | |
| Walmart | 4/12/22 | 64.02 | groceries and household items | |
| Kwik Star | 4/13/22 | 54.45 | fuel | |
| Hyvee | 4/13/22 | 40.87 | groceries | |
| Hyvee Fast and Fresh | 4/13/22 | 63.71 | food | |
| Murphy Auto | 4/14/22 | 1000 | auto repair | |
| Caseys | 4/15/22 | 1.81 | food | |
| USPS | 4/15/22 | 11.6 | stamps | |
| Dollar Tree | 4/14/22 | 4.01 | household items | |
| Dick's Sporting Goods | 4/15/22 | 24.55 | clothing | |
| Kohls | 4/14 | 53.86 | clothing | |
| Stuff Etc. | 4/18 | 47.02 | clothing | |
| Beyond Blessed Consignent | 4/18 | 6.42 | clothing | |
| Canteen Vending | 4/18/22 | 1.6 | food | |
| Ramusson Towing | 4/18/22 | 74.9 | towing | |
| Kwik Star | 4/18/22 | 69.9 | fuel | |
| Walmart | 4/18/22 | 58.42 | groceries and household items | |
| Kohls | 4/19/22 | 52.16 | clothing | |
| Cenex | 4/19/22 | 53.93 | fuel | |
| Murphy Auto | 4/19/22 | 1304.63 | auto repair | |

| | | | | |
|---|---|---|---|---|
| HyVee | 4/20/22 | 20.48 | groceries | |
| Kohls | 4/21/22 | 17.39 | clothing | |
| Nick Bonewitz | 4/21/22 | 750 | rental deposit | |
| Walgreens | 4/22/22 | 11 | prescriptions | |
| Fareway | 4/25/22 | 222.2 | groceries | |
| Target | 4/25/22 | 2.39 | household items | |
| Kwik Star | 4/25/22 | 27.67 | fuel | |
| Teachers Pay Teachers | 4/26/22 | 5.35 | teaching items | |
| Cenex | 4/26/22 | 58.8 | fuel | |
| Amazon Prime | 4/29/22 | 16.04 | entertainment | |
| Walmart | 4/29 | 66.65 | household items | |
| Mini Mart | 04/28 | 26.39 | food | |
| Iowa State Ed. Association | 04/15 | 79.1 | union dues | |
| CFCCU | 04/18 | 797 | loan payment | |
| North American Life Insurance | 04/20 | 157.08 | Life insurance | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | **6455.89** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Blaines Farm and Fleet | 4/4/22 | 65.87 | farm items |
| Iowa Regional Utiities | 4/11/22 | 42.77 | utilities |
| Steven Robinson Farms | 4/11/22 | 400 | tractor starter |
| CFU | 4/26/22 | 681.72 | utilities |
| Cooley Sanitation | 4/4/22 | 81.46 | trash pickup |
| Farm Bureau | 4/15/22 | 1544.95 | farm and vehicle insurance |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **2816.77** | |