UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL,<br><br>Debtors. | Chapter 12<br><br>Bankruptcy No. 21-00657<br><br>**AMENDMENT TO SCHEDULE E/F, CREDITOR ADDRESS MATRIX, AND SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION** |

COME NOW the Debtors, Nolan Otto DeWall and Amanda Sue DeWall, by and through their undersigned counsel, and amend their Schedules E/F, Creditor Address Matrix, and Summary of Assets and Liabilities and Certain Statistical Information filed with the Court July 20, 2021 (Doc 1).

**AMENDMENT TO SCHEDULE E/F**

1. The Debtors inadvertently failed to identify Nonpriority Unsecured Creditor Red River Collections, Inc. The Debtors amend their answer to Schedule E/F, Question 4, by adding the following creditor:

2. The added creditor requires that the summaries of the values be amended as shown in the following amendments.

3. The Debtors amend their answer to Schedule EF, Question 6I Other Nonpriority Unsecured Claims to be $347,464.68.

4. The Debtors amend their answer to Schedule E/F, Question 6J Total Nonpriority to be $350,179.13

**AMENDMENT TO CREDITOR ADDRESS MATRIX**

5. The Debtors amend their Creditor Address Matrix to add the following creditor:

Red River Collections, Inc.
1644 Tom Williams Dr, Suite C
PO Box 7025
Fargo, ND 58106

**AMENDED SUMMARY OF ASSETS AND LIABILITIES AND CERTAIN STATISTICAL INFORMATION**

6. Debtors amend their Summary of Assets and Liabilities and Certain Statistical Information previously filed with the Court by substituting the Amended Summary of Assets and Liabilities and Certain Statistical Information attached to this document in lieu thereof.

**DECLARATION**

We, the undersigned Debtors, verify that the information set forth herein and in the attachments is true and correct to the best of our knowledge. We further state that in all other respects Schedules E/F, Creditor Address Matrix, Summary of Assets and Liabilities and Certain Statistical Information, and all other Schedules previously filed herein remain unchanged.

Dated this 15th day of June 2022.

/s/ Nolan Otto DeWall_____
Nolan Otto DeWall


/s/ Amanda Sue DeWall_____
Amanda Sue DeWall

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin    AT0005050
PO Box 2877
Cedar Rapids, Iowa    52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

3

6/13/22 11:53AM

**Fill in this information to identify your case:**

Debtor 1       **Nolan Otto DeWall**
_____
First Name              Middle Name              Last Name

Debtor 2       **Amanda Sue DeWall**
_____
(Spouse if, filing)   First Name              Middle Name              Last Name

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF IOWA

Case number    **21-00657**
(if known)

■ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information      **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new _Summary_ and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

|  |  | **Your assets**<br>Value of what you own |
| --- | --- | --- |
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... | $ **1,084,000.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B........................................................... | $ **473,497.67** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B..................................................................... | $ **1,557,497.67** |

| Part 2: | Summarize Your Liabilities |
| --- | --- |

|  |  | **Your liabilities**<br>Amount you owe |
| --- | --- | --- |
| 2. | _Schedule D: Creditors Who Have Claims Secured by Property_ (Official Form 106D)<br>2a. Copy the total you listed in Column A, _Amount of claim,_ at the bottom of the last page of Part 1 of _Schedule D..._ | $ **1,329,853.76** |
| 3. | _Schedule E/F: Creditors Who Have Unsecured Claims_ (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of _Schedule E/F_................................. | $ **0.00** |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of _Schedule E/F_............................ | $ **350,179.13** |

**Your total liabilities** $ **1,680,032.89**

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

| 4. | _Schedule I: Your Income_ (Official Form 106I)<br>Copy your combined monthly income from line 12 of _Schedule I_............................................................... | $ **8,527.26** |
| --- | --- | --- |
| 5. | _Schedule J: Your Expenses_ (Official Form 106J)<br>Copy your monthly expenses from line 22c of _Schedule J_........................................................................ | $ **16,001.04** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

■ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. _Check this box_ and submit this form to the court with your other schedules.

Official Form 106Sum        **Summary of Your Assets and Liabilities and Certain Statistical Information**        page 1 of 2

6/13/22 11:53AM

Debtor 1   **Nolan Otto DeWall**
Debtor 2   **Amanda Sue DeWall**

Case number *(if known)*   **21-00657**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy