**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and<br>AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD MAY 1, 2022 THROUGH MAY 31, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  samantha@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Nolan + Amanda DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: May 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.   CASH RECEIPTS

A.   FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | | |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

| | | |
|---|---|---|
| Contract payments | _____ | _____ |
| Contract payments | _____ | _____ |
| Contract payments | _____ | _____ |
| Rent payment | _____ | _____ |
| Rent payment | _____ | _____ |
| Government payment | _____ | _____ |

B. WAGES FROM OUTSIDE WORK

| | | |
|---|---|---|
| Husband | 4325.23 | _____ |
| Wife | 3875.00 | _____ |

C. OTHER RECIEPTS

| | | |
|---|---|---|
| Social Security | 400 | _____ |
| Other: Samsung | _____ | _____ |
| (Food Refund) | _____ | _____ |
| _____ | _____ | _____ |

| | | |
|---|---|---|
| Total Cash Receipts: | 8,600.23 | _____ |

(3)

II.   EXPENSES PAID

A.   HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

*See Attached Sheet*

Total: _____

(4)

B. FARM EXPENSES (Use more pages, if necessary)

See
attached
sheet

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total: _____

(5)

C.  TOTAL PAYMENTS MADE TO
    CHAPTER 12 TRUSTEE                                              0

    TOTAL EXPENSES FOR MONTH                                  10126.43

    CASH PROFIT (LOSS) FOR MONTH
    (TOTAL INCOME minus TOTAL EXPENSES)                       -1526.20

    OTHER NON-CASH LOSSES:

        LOSS DUE TO CROP FAILURE OR
        DAMAGE: $ 0

        LOSS DUE TO DEATH OR DISEASE
        OF LIVESTOCK OR POULTRY:
        $ 0

III.  CASH RECONCILIATION:

    Cash and Bank Accounts Balance at
    Beginning of Month:                                      $ 3697.71

    Profit (or Loss) During Month:                           $ -1526.20

    Cash and Bank Account Balance at
    End of Month                                             $ 2238.98

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

    Expense                                    Amount
    _____                    $_____
    _____                    $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

6/9/22                    Amanda Newall
DATE                      DEBTOR(S) / OFFICER OF DEBTOR(S)

6-9-22                    Nole Newall

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| Kwik Star | 5/2/22 | 29.27 | fuel | |
| Amazon | 5/3/22 | 10.7 | entertainment | |
| Cenex | 5/3 | 75.46 | fuel | |
| Netflix | 05/04/22 | 10.69 | entertainment | |
| Cenex | 5/4/22 | 9.35 | food | |
| Tea Cellar | 5/9/22 | 29.42 | gift | |
| Kwik Star | 5/9/22 | 25.01 | fuel | |
| Kwik Star | 5/9/22 | 12.61 | food | |
| Kwik Star | 5/10/22 | 30.09 | fuel | |
| Cenex | 05/11 | 56.67 | fuel | |
| Fareway | 5/12/22 | 31.79 | groceries | |
| UPS Store | 5/13/22 | 72.9 | mailing | |
| Cedar Falls Recreation | 5/16/22 | 210 | entertainment | |
| Kwik Star | 5/16/22 | 50.01 | fuel | |
| Cenex | 5/16/22 | 60.71 | fuel | |
| Fareway | 5/16/22 | 33.32 | groceries | |
| Target | 05/16 | 43.58 | gifts | |
| Great Clips | 05/16 | 35.96 | hair cut | |
| Walmart | 5/16/22 | 104.5 | groceries | |
| Scheels | 5/16/22 | 171.2 | shoes | |
| US Cellular | 5/16/22 | 125.82 | cell phone | |
| Janesville Locker | 6/16/22 | 307.1 | meat processing | |
| Wells Fargo | 5/18/22 | 70 | over draft fees | |
| Zsavooz | 5/18/22 | 70 | food | |
| Kwik Star | 5/19/22 | 46.29 | fuel | |
| Walmart | 5/20/22 | 82.4 | groceries | |
| Murphy Gas | 5/23/22 | 54.37 | fuel | |
| Kwik Star | 5/23 | 73.86 | fuel | |
| Diary Mart | 5/23 | 15.75 | food | |
| Fareway | 5/23 | 6.73 | groceries | |
| Kwik Star | 5/23/22 | 5.22 | food | |
| Walgreens | 5/23/22 | 75.4 | medicine and prescriptions | |
| Walmart | 5/23/22 | 55.15 | household goods | |
| Kwik Star | 5/24/22 | 40 | fuel | |
| Walmart | 5/25/22 | 35.39 | groceries | |
| Caseys | 5/25/22 | 48.35 | fuel | |
| Subway | 5/27/22 | 28.74 | food | |

| | | | | |
|---|---|---|---|---|
| CF Family Restaurant | 5/31/22 | 37.15 | food | |
| Amazon | 5/31/22 | 16.04 | entertainment | |
| Stuff Etc. | 5/31/22 | 82.25 | clothing | |
| Cenex | 5/31/22 | 35.01 | fuel | |
| Dike Recreation | 5/30/22 | 6 | food | |
| ATM Fee | 5/30/22 | 2.5 | fee | |
| Fareway | 5/31/22 | 135.02 | food | |
| Tanner DeWall | 5/31/22 | 55 | gift | |
| Tyler Molhoff | 5/21/22 | 40 | gift | |
| Hyvee | 5/31/22 | 51.74 | groceries | |
| CFCCU | 5/5/22 | 28 | over draft fees | |
| Iowa State Ed. Union | 05/15 | 79.1 | union dues | |
| North American Life Ins. | 05/15 | 157.08 | life insurance | |
| CFCCU | 5/20/22 | 797 | boat payment | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | **3765.7** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Iowa DNR | 05/02/22 | 120 | manure management plan |
| Black Hawk County | 5/3/22 | 2872.25 | taxes |
| Black Hawk County | 5/9/22 | 700.25 | taxes |
| Iowa Regional Utilties | 5/11/22 | 33.18 | water |
| Farm and Fleet | 5/17/22 | 7.48 | tool |
| Cedar Falls Utilities | 5/17/22 | 530.69 | utilities |
| Sam Annis | 5/31/22 | 600 | LP |
| Cooley Sanitation | 5/5 | 50.73 | garbage |
| Farm Bureau | 5/15/22 | 1446.15 | insurance |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  | **6360.73** |  |