UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL | Bankruptcy No. 21-00657 |
| Debtors. | |

**DEBTORS' WITNESS LIST AND EXHIBIT LIST FOR HEARING SCHEDULED AUGUST 3, 2022, AT 1:30 P.M. RE: DEBTORS' MODIFIED CHAPTER 12 PLAN**

COME NOW the Debtors, Nolan Otto DeWall and Amanda Sue DeWall, by and through their undersigned counsel and hereby submit their Witness List and Exhibit List for the August 3, 2022, at 1:30 p.m. hearing on Debtors' Modified Chapter 12 Plan.

**WITNESSES**

Debtors expect to call the following witnesses:

1. Nolan Otto DeWall

2. Amanda Sue DeWall

3. Julie Sorensen

Nolan Otto DeWall and Amanda Sue DeWall expressly reserve the right to supplement this witness disclosure, and to add and call additional witnesses, as allowed by rule or the Court, and any and all other witnesses brought to Debtors' attention and any witness to rebut testimony or evidence offered by other parties.

1

**EXHIBITS**

| EXH. | Brief Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPO-SITION |
|---|---|---|---|---|---|---|---|
| 1 | Debtors' Modified Chapter 12 Plan of Reorganization with Exhibits (Doc. 103) | | | | | | |
| 2 | Voluntary Petition, Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules A/B, C, D, E/F, G, H, I, and J, Declaration about Schedules, Notice to Individual Debtor, Creditor Address Matrix and Verification, and Compensation Statement of Attorney for Debtors (Doc. 1) | | | | | | |
| 3 | Amendment to Schedules A/B, C, I, and J, Statement of Financial Affairs, and Summary of Assets and Liabilities and Certain Statistical Information (Doc. 23) | | | | | | |
| 4 | Amendment to Schedule E/F, Creditor Address Matrix, and Summary of Assets and Liabilities and Certain Statistical Information (Doc. 105) | | | | | | |
| 5 | Motion to Sell Certain Property Free and Clear of Liens and Other Encumbrances (Doc. 77) | | | | | | |
| 6 | Motion to Sell Machinery and Equipment Free and Clear of Liens and Other Encumbrances (Doc. 81) | | | | | | |
| 7 | Order Granting Motion to Sell Machinery and Equipment Free and Clear of Liens and Other Encumbrances (Doc. 91) | | | | | | |
| 8 | Check to Nolan DeWall and Farmers State Bank from Laurie Farms for the purchase of the Chopper | | | | | | |
| 9 | List of Items Sold and Check to Nolan DeWall and Farmers State Bank from Spanky & Sons Auction LLC. | | | | | | |

| 10 | Consent Order Approving Motion to Sell Certain Property Free and Clear of Liens and Other Encumbrances (Doc. 102) – Farmstead Property | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | Consent Order Approving Motion to Sell Certain Property Free and Clear of Liens and Other Encumbrances (Doc. 110) – Hog Confinement Property | | | | | | |
| 12 | Offer for Real Estate for Farmstead Property from Michael and Kaylee Greiner | | | | | | |
| 13 | Amendment to Offer for Real Estate for Farmstead Property | | | | | | |
| 14 | Closing Disclosure for Sale of Farmstead Property | | | | | | |
| 15 | Check from Anfinson & Luce for Farmstead Property Sale to be paid to Farmers State Bank and Nolan and Amanda DeWall | | | | | | |
| 16 | Real Estate Sales Agreement for Hog Confinement Property | | | | | | |
| 17 | Closing Statement for Real Estate Transfer for Hog Confinement Property | | | | | | |
| 18 | Check from Hog Confinement Property Sale to be paid to Nolan DeWall and Farmers State Bank | | | | | | |
| 19 | Proof of Claim No. 9 Filed by Harold and Julie Sorensen | | | | | | |
| 20 | Adversary Complaint (Doc. 1) (Harold and Julie Sorensen v. Nolan Otto DeWall, Adversary No. 21-09028) | | | | | | |
| 21 | Defendant's Answer to Complaint and Affirmative Defenses (Doc. 14) (Harold and Julie Sorensen v. Nolan Otto DeWall, Adversary No. 21-09028) | | | | | | |

Debtors expressly reserve the right to supplement this exhibit disclosure, and to add or offer additional exhibits, any exhibit designated by another party in interest, and any and all other documents and information brought to Debtors' attention.

Dated this 20th day of July 2022.

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Samantha R. Kuntz
Samantha R. Kuntz     AT0014985
Ronald C. Martin      AT0005050
Erica L. Yoder        AT0008684
PO Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone:(319) 365-0437
Fax: (319) 365-5866
E-mail:samantha@drpjlaw.com
         ronm@drpjlaw.com
         eyoder@drpjlaw.com
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of July 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

Signed:  /s/ Ashley N. Sharp

4