## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD JUNE 1, 2022 THROUGH JUNE 30, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of August 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System. The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): _Nolan + Amanda DeHall_

CASE NO.: _21- 00657_

FOR MONTH ENDING: _June 2022_

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A. FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

Livestock Sales

| | MONTH | YEAR TO DATE |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments
Contract payments
Contract payments
Rent payment
Rent payment
Government payment

B.  WAGES FROM OUTSIDE WORK

Husband                          4865.42
Wife                             4229.06

C.  OTHER RECIEPTS

Social Security
Other: _____
_____
_____

Total Cash Receipts:            9094.48

(3)

II.     EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

*See Attached Sheet*

Total: _____

(4)

B. FARM EXPENSES (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
|       |      |        |         |
| Total: |     |        |         |

*See attached Sheet*

(5)

C.  TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE                        0

TOTAL EXPENSES FOR MONTH                  80 22.77

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)       1071.71

OTHER NON-CASH LOSSES:

   LOSS DUE TO CROP FAILURE OR
      DAMAGE: $ 0

   LOSS DUE TO DEATH OR DISEASE
      OF LIVESTOCK OR POULTRY:
      $ 0

III.  CASH RECONCILIATION:

Cash and Bank Accounts Balance at
   Beginning of Month:                    $ 2238.98

Profit (or Loss) During Month:            $ 1071.71

Cash and Bank Account Balance at
   End of Month                           $ 3310.86

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

Expense                                   Amount
_____                   $_____
_____                   $_____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

7/10/22                 Amanda Dewall
DATE                    DEBTOR(S) / OFFICER OF DEBTOR(S)

7-10-22                 Nol Dewall

| Household Payee | Date | Amount | Purpose | |
|---|---|---|---|---|
| NEA Dues | 6/15/22 | 79.1 | dues | |
| CFCCU | 6/20/22 | 797 | boat loan | |
| North American | 6/21 | 157.08 | life insurance | |
| Cenex | 06/01/22 | 55.13 | fuel | |
| Wells Fargo | 6/2/22 | 2.5 | ATM Fee | |
| Kwik Star | 6/2/22 | 31.77 | fuel | |
| HyVee | 6/3/22 | 23.15 | food | |
| Netflix | 6/6/22 | 10.69 | entertainment | |
| Blackhawk Rental | 6/6/22 | 102.6 | trailer rental | |
| Cenex | 06/06 | 55.11 | fuel | |
| Casey's | 6/7/22 | 75.72 | fuel and food | |
| Fareway | 6/10/22 | 194.3 | groceries | |
| Cenex | 6/10/22 | 66.66 | fuel | |
| Danny's on Donald | 6/13/22 | 100 | food | |
| Kwik Star | 6/13/22 | 23.41 | food | |
| Kwik Star | 6/13/22 | 50 | fuel | |
| Cenex | 06/13 | 6.39 | food | |
| Tony's Pizzaeria | 06/13 | 54.78 | food | |
| Amazon | 6/13/22 | 49.15 | household items | |
| Cenex | 6/13/22 | 134.68 | fuel | |
| Cenex | 6/14/22 | 32.26 | fuel | |
| Kwik Star | 6/13/22 | 24.38 | fuel and food | |
| US Cellular | 6/13/22 | 124 | cell phone payment | |
| Jane | 6/14/22 | 27.95 | bed sheets | |
| J's Homestyle Cooking | 6/14/22 | 59.75 | food | |
| Cenex | 6/14/22 | 70.11 | fuel | |
| Walmart | 6/15/22 | 24.56 | household items | |
| Kwik Star | 6/16 | 30.01 | fuel | |
| Cenex | 6/16 | 60.82 | fuel | |
| Nick Bonewitz | 6/17 | 2250 | rent and half deposit | |
| Amazon | 6/17 | 28.19 | household items | |
| Amazon | 6/21/22 | 72.7 | gift | |
| Fareway | 6/21/22 | 46.52 | groceries | |
| Sub City | 6/12/22 | 17.85 | food | |
| Kwik Star | 6/21/22 | 3.38 | milk | |
| UNI Bookstore | 6/21/22 | 8.56 | clothing | |
| Kwik Star | 6/21/22 | 3.99 | food | |

| | | | | |
|---|---|---|---|---|
| Cedar Falls Recreation Center | 6/21/22 | 260 | rec pass (this will eventually be reimbursed by Conagra) | |
| Kwik Star | 6/21/22 | 35 | fuel | |
| McDonald's | 6/21/22 | 14.74 | food | |
| Scheels | 6/21/22 | 58.83 | gift | |
| DollarTree | 6/21/22 | 6.69 | household items | |
| Casey's | 6/21/22 | 54.12 | fuel | |
| Walmart | 6/21/22 | 16.32 | groceries | |
| Martin Brothers | 6/22/22 | 7.99 | groceries | |
| Casey's | 6/23/22 | 35 | fuel | |
| Brookside Vet Clinic | 6/24/22 | 247 | vet visit | |
| Target | 6/24/22 | 28.37 | household items | |
| Kwik Star | 6/27/22 | 50 | fuel | |
| Brookside Vet Clinic | 06/27 | 46.44 | medication | |
| Cenex | 06/27 | 41.63 | fuel | |
| Kwik Star | 6/27/22 | 12.07 | food | |
| Fareway | 06/28 | 10.85 | groceries | |
| Casey's | 06/29 | 40.01 | fuel | |
| Amazon Prime | 06/29 | 16.04 | entertainment | |
| S and M wholesalers | 06/30 | 14.53 | groceries | |
| Kwik Star | 06/30 | 4.78 | food | |
| Kwik Star | 6/30/22 | 69.43 | fuel | |
| Cenex | 6/30/22 | 11.99 | food | |
| Dike Pool | 6/22/22 | 20 | admission and food | |
| Famous Dave's | 6/10 | 60 | food | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** | | **6116.08** | | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Iowa Regional Utilties | 6/13/22 | 33.18 | water |
| Cedar Falls Utilities | 6/15/22 | 326.81 | utilities |
| Cooley Sanitation | 6/6/22 | 50.73 | garbage |
| Farm Bureau | 6/15/22 | 1495.97 | insurance |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  | **1906.69** |  |