UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL | Bankruptcy No. 21-00657 |
| Debtors. | |

### DEBTORS' WITNESS LIST AND EXHIBIT LIST FOR HEARING SCHEDULED SEPTEMBER 7, 2022, AT 1:30 P.M. RE: DEBTORS' OBJECTION TO PROOF OF CLAIM #9

COME NOW the Debtors, Nolan Otto DeWall and Amanda Sue DeWall, by and through their undersigned counsel and hereby submit their Witness List and Exhibit List for the September 7, 2022, at 1:30 p.m. hearing on Debtors' Objection to Proof of Claim #9.

### WITNESSES

Debtors expect to call the following witnesses:

1. Nolan Otto DeWall

2. Amanda Sue DeWall

Nolan Otto DeWall and Amanda Sue DeWall expressly reserve the right to supplement this witness disclosure, and to add and call additional witnesses, as allowed by rule or the Court, and any and all other witnesses brought to Debtors' attention and any witness to rebut testimony or evidence offered by other parties.

1

**EXHIBITS**

| EXH. | Brief Description | M A R K E D | O F F E R E D | O B J E C T | A D M I T | D A T E | DISPO-SITION |
|---|---|---|---|---|---|---|---|
| 1 | Promissory Note attached to Proof of Claim #( | | | | | | |

Debtors expressly reserve the right to supplement this exhibit disclosure, and to add or offer additional exhibits, any exhibit designated by another party in interest, and any and all other documents and information brought to Debtors' attention.

Dated this 1st day of September 2022.

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin        AT0005050
Erica L. Yoder          AT0008684
PO Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone:(319) 365-0437
Fax: (319) 365-5866
E-mail: ronm@drpjlaw.com
        eyoder@drpjlaw.com
ATTORNEYS FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.

Signed:  /s/ Rebecca Daniels