**IN THE UNITED STATES BANKRUPTCY COURT**
**Northern District of Iowa**

| | | |
|---|---|---|
| **In the Matter of**: | : | |
| | : | Case No. 21-00657 |
| | : | |
| Nolan DeWall and Amanda DeWall | : | Chapter 12 |
| | : | |
| *Debtors.* | : | |

### CREDITOR'S WITNESS LIST AND EXHIBIT LIST FOR HEARING SCHEDULED SEPTEMBER 7, 2022, AT 1:30 P.M. RE: DEBTORS' OBJECTION TO PROOF OF CLAIM #9

COMES NOW, Creditor, Julie Sorensen, by and through her undersigned counsel and hereby submits her Witness List and Exhibit List for the September 7, 2022, 1:30 p.m. hearing on Debtors' Objection to Proof of Claim #9.

### WITNESSES

Creditor expects to call the following witnesses:

1.      Julie Sorensen

Creditor reserves the right to supplement this witness disclosure, and to add and call additional witnesses, as allowed by rule or the Court, and any and all other witnesses brought to Creditor's attention and any witness to rebut testimony or evidence offered by other parties.

### EXHIBITS

| Exh. | Brief Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| A. | Proof of Loss Report | | | | | | |

Creditor reserves the right to supplement this exhibit disclosure, and to add or offer additional exhibits, any exhibit designated by another party in interest, and any and all other documents and information brought to Creditor's attention.

Respectfully submitted,


 */s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz     (AT0000438)
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
P.O. Box 178
Waterloo, IA 50704
PHONE: 319-234-1766
FAX: 319-234-1225
ahrenholz@beecherlaw.com


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF System and served electronically on those participants that receive service through CM/ECF System.


 */s/ Courtney Petersen*