**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD JULY 1, 2022 THROUGH JULY 31, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of September 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Nolan & Amanda DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: July 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.    CASH RECEIPTS

A. FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | | |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments
Contract payments
Contract payments
Rent payment
Rent payment
Government payment

B.  WAGES FROM OUTSIDE WORK

Husband                                     5714.32
Wife                                        4213.67

C.  OTHER RECIEPTS

Social Security
Other: Farm] Fleet Refund         7.48
Insurance reinbursement
due to over-pay                  3918.19

Total Cash Receipts:          13853.66

(3)

II.   EXPENSES PAID

A.  HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
| | | | |

_See Attached Sheet_

Total: _____

(4)

B.  FARM EXPENSES  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

See
attached
sheet

Total: _____

(5)

C. TOTAL PAYMENTS MADE TO
CHAPTER 12 TRUSTEE  *0*

TOTAL EXPENSES FOR MONTH  *12,166.91*

CASH PROFIT (LOSS) FOR MONTH
(TOTAL INCOME minus TOTAL EXPENSES)  *1686.75*

OTHER NON-CASH LOSSES:

LOSS DUE TO CROP FAILURE OR
DAMAGE: $ *0*

LOSS DUE TO DEATH OR DISEASE
OF LIVESTOCK OR POULTRY:
$ *0*

III.  CASH RECONCILIATION:

Cash and Bank Accounts Balance at
Beginning of Month:  $ *3310.86*

Profit (or Loss) During Month:  $ *1,686.75*

Cash and Bank Account Balance at
End of Month  $ *4998.18*

IV.  EXPENSES CHARGED BUT NOT PAID DURING MONTH (itemize):

| Expense | Amount |
| --- | --- |
|  | $ |
|  | $ |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

*8/12/22*
DATE

*Amanda Denzall*
DEBTOR(S) / OFFICER OF DEBTOR(S)

*8-12-22*  *John DeVill*

| Household Payee | Date | Amount | Purpose |
|---|---|---|---|
| NEA Dues | 7/15/22 | 79.1 | dues |
| CFCCU | 7/15/22 | 797 | boat loan |
| North American | 7/28 | 157.08 | life insurance |
| Neflix | 07/05/22 | $10.69 | entertainment |
| Kwik Star | 7/5/22 | $13.97 | food |
| Kwik Star | 7/5/22 | $10.01 | food |
| Iowa Judical Branch | 7/5/22 | $135.50 | seat belt ticket |
| Kwik Star | 7/5/22 | $85.47 | fuel |
| Walmart | 07/01 | $27.36 | household items |
| UsCellular | 07/06/22 | $137.64 | phone bill |
| Burger King | 7/6/22 | $2.13 | food |
| Kwik Star | 7/5/22 | $84.26 | fuel |
| Kwik Star | 7/5/22 | $11.02 | food |
| Cedar Falls Family Table | 7/5/22 | $56.00 | food |
| Farm and Fleet | 07/05 | $27.26 | dog food |
| Walmart | 07/05 | $219.59 | groceries |
| Kwik Star | 7/5/22 | $11.47 | food |
| Blackhawk county treasurer | 7/8/22 | $251.00 | vehicle registrations |
| County Processing | 7/8/22 | $2.00 | Credit Card fee |
| Canteen Vending | 7/8/22 | $1.10 | food |
| UsCellular | 7/8/22 | $29.98 | new phone connection |
| UsCellular | 7/6/22 | $57.96 | new phone connection |
| Kwik Star | 7/7 | $56.65 | fuel |
| Kwik Star | 07/11/22 | $55.81 | fuel |
| Farm and Fleet | 7/11 | $51.76 | oil change |
| Farm and Fleet | 7/11 | $9.70 | household items |
| Walmart | 7/11/22 | $57.75 | groceries |
| Target | 7/11/22 | $219.53 | household items |
| Fareway | 7/11/22 | $145.00 | groceries |
| Kwik Star | 7/11/22 | $12.17 | food |
| Bike Tech | 7/11/22 | $321.00 | bike |
| Scheels | 07/15/22 | $27.28 | burger press |
| Kwik Star | 7/14/22 | $2.49 | food |
| Frugal Finds | 7/13/22 | $17.01 | food |
| Amazon | 7/13/22 | $13.15 | bath towels |
| Nick Bonewitz | 7/12/22 | $1,500.00 | rent |
| Mini Mart | 7/12/22 | $70.00 | fuel |

| | | | |
|---|---|---:|---:|
| Unity Point Health | 7/18/22 | $100.00 | medical bill |
| Unity Point Health | 7/18/22 | $30.00 | medical bill |
| Kwik Star | 07/18 | $22.92 | food |
| Hansen's Dairy | 07/18 | $6.39 | ice cream |
| Fairbank Food | 7/18/22 | $14.20 | groceries |
| Kwik Star | 07/18 | $86.62 | fuel |
| Chad's Pizza | 07/18 | $59.85 | food |
| Fareway | 07/21/22 | $222.70 | groceries |
| Barrel House | 07/21 | $53.24 | food |
| Trio Salon Spa | 07/21 | $59.50 | hair cut |
| Cedar Falls Schools | 7/19/22 | $90.00 | registration fees |
| Revco Solutions | 7/19 | $30.00 | medical bill |
| Walmart | 07/25/22 | $50.44 | household items |
| Kwik Star | 07/25/22 | $2.02 | food |
| Kohls | 7/25/22 | $66.74 | clothing |
| Kwik Star | 7/25/22 | $82.65 | fuel |
| Pet Supplies | 07/22/22 | $22.45 | pet supplies |
| Great Clips | 07/22/22 | $30.60 | hair cut |
| Lost Island Water park | 07/22/22 | $122.00 | entertainment |
| Cedar Falls Family Table | 07/22/22 | $10.33 | food |
| Caseys | 07/28/22 | $122.52 | fuel |
| Bike Tech | 07/28/22 | $145.50 | bike eccessories |
| Stuff Etc. | 07/28/22 | $16.62 | clothing |
| Pioneer | 07/27/22 | $3,536.00 | seeds |
| Taylor Farms | 07/27/22 | $1,288.57 | chemicals |
| Kwik Star | 07/27/22 | $74.75 | fuel |
| Bike Tech | 07/27/22 | $287.35 | bike tune up |
| Frugal Finds | 07/26/22 | $21.85 | food |
| Amazon Prime | 07/29/22 | $16.04 | entertainment |
| UNI bookstore | 07/29/22 | $38.72 | classroom supplies |
| Zulily | 07/29/22 | $26.74 | shoes |
| CFCCU | 7/20 | 28 | return fee |
| CFCCU | 7/25/22 | 28 | return fee |
| | | | |
| **Total** | | **11560.2** | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| Iowa Regional Utilities | 7/8/22 | 33.18 | water utility |
| CFU | 7/19/22 | $522.80 | utiltities |
| Cooley Sanitation | 7/6/22 | 50.73 | garbage |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **606.71** | |