**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| IN RE: | Chapter 12 |
| NOLAN OTTO DEWALL and AMANDA SUE DEWALL, | Bankruptcy No. 21-00657 |
| Debtors. | |

**MONTHLY REPORT FOR THE PERIOD AUGUST 1, 2022 THROUGH**
**AUGUST 31, 2022**

Respectfully submitted,
DAY RETTIG MARTIN, P.C.

/s/ Ronald C. Martin
Ronald C. Martin AT0005050
P.O. Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail:  ronm@drpjlaw.com
ATTORNEY FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of September 2022, a copy of the foregoing document was filed with the Clerk of Court for the United States Bankruptcy Court for the Northern District of Iowa using the CM/ECF system and served electronically on those participants that receive service through the CM/ECF System.  The undersigned further certifies the foregoing document was sent to persons or representatives via electronic mail or U.S. Mail postage pre-paid as set forth below.

Signed:  /s/ Rebecca Daniels

1

UST – IA
Enclosure No. 2

## CHAPTER 12 MONTHLY REPORT

NAME OF DEBTOR(S): Amanda + Nolan DeWall

CASE NO.: 21-00657

FOR MONTH ENDING: August 2022

(Report on a cash basis, unless you keep financial records on an accrual basis.)

I.      CASH RECEIPTS

   A.  FARM INCOME

| Grain Sales | MONTH | YEAR TO DATE |
|---|---|---|
| #bu. _____ corn at $_____ | _____ | _____ |
| #bu. _____ beans at $_____ | _____ | _____ |
| #bu. _____ oats at $_____ | _____ | _____ |
| #bu. _____ milo at $_____ | _____ | _____ |
| #bu. _____ wheat at $_____ | _____ | _____ |

| Livestock Sales | | |
|---|---|---|
| #hd ___ feeder pigs at $_____ | _____ | _____ |
| #hd ___ hogs at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ calves at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ cattle at $_____ per/lb. _____ | _____ | _____ |
| #hd ___ lambs at $_____ | _____ | _____ |
| Eggs _____ | _____ | _____ |
| Poultry _____ | _____ | _____ |
| Milk _____ | _____ | _____ |
| Other _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(2)

Miscellaneous Farm Income

Contract payments
Contract payments
Contract payments
Rent payment
Rent payment
Government payment

B. WAGES FROM OUTSIDE WORK

Husband — 3,400.78
Wife — 4213.66

C. OTHER RECIEPTS

Social Security
Other: Dentist refund — 85.72
Insurance reimbursement
due to over-pay — 1,908.07

Total Cash Receipts: 9,608.22

(3)

II.   EXPENSES PAID

A. HOUSEHOLD   (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|  |  |  |  |

See attached Sheet

Total:  10,895.00

(4)

B. FARM EXPENSES  (Use more pages, if necessary)

| Payee | Date | Amount | Purpose |
|-------|------|--------|---------|
|       |      |        |         |

Total: _____

(5)

C. TOTAL PAYMENTS MADE TO
   CHAPTER 12 TRUSTEE                                    0

   TOTAL EXPENSES FOR MONTH                          10895.00

   CASH PROFIT (LOSS) FOR MONTH
   (TOTAL INCOME minus TOTAL EXPENSES)          -1166.78

   OTHER NON-CASH LOSSES:

      LOSS DUE TO CROP FAILURE OR
         DAMAGE: $ 0

      LOSS DUE TO DEATH OR DISEASE
         OF LIVESTOCK OR POULTRY:
         $ 0

III.   CASH RECONCILIATION:

   Cash and Bank Accounts Balance at
      Beginning of Month:                          $ 4998.18

   Profit (or Loss) During Month:                  $ -1166.78

   Cash and Bank Account Balance at
      End of Month                                 $ 383.14

IV. EXPENSES CHARGED BUT NOT PAID DURING MONTH  (itemize):

      Expense                                      Amount

      _____               $ _____
      _____               $ _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE
FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE
BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

9-10-22          _Amanda Dewkell_
DATE             DEBTOR(S) / OFFICER OF DEBTOR(S)

9-10-22          _Ted Dewkell_

| Household Payee | Date | Amount | Purpose |
|---|---|---|---|
| North American Insurance | 8/19/22 | $157 | life insurance |
| CFCCU | 8/12/22 | $797 | boat payment |
| Zulilly | 8/1 | $35.87 | shoes |
| Fareway | 08/01/22 | $67.74 | food |
| Target | 8/1/22 | $37.05 | household items |
| Kwik Star | 8/1/22 | $74.75 | fuel |
| Kwik Star | 8/2/22 | $7.38 | food |
| Dan Gates | 8/2/22 | $1,500.00 | restitution |
| Cedar Falls City Hall | 08/02 | $25.00 | parking tickets |
| Fareway | 8/8/22 | $240.54 | food |
| Cenex | 8/8/22 | $81.21 | fuel |
| Fareway | 8/8/22 | $34.87 | groceries |
| Walgreens | 8/5/22 | $64.99 | prescriptions |
| Eye Care Associates | 8/5/22 | $38.25 | contact lense check up |
| Netflix | 08/04 | $10.69 | entertainment |
| Insomnia Cooks | 8/4/22 | $11.77 | cookies |
| Cedar Falls Rec Center | 08/11/22 | $44.00 | football fee |
| The Runners Flat | 8/10/22 | $80.00 | cross country fee |
| Hyvee | 8/10/22 | $4.00 | food |
| Hyvee | 8/10/22 | $10.00 | food |
| Hyvee | 8/10/22 | $26.99 | groceries |
| Hyvee | 8/9 | $5.35 | food |
| Walgreens | 08/09/22 | $21.45 | medication |
| US Cellular | 8/8 | $298.31 | cell phone bill |
| Walmart | 08/15/22 | $8.24 | food |
| Amazon | 8/15/22 | $12.87 | household item |
| Kwik Star | 8/15/22 | $100.00 | fuel |
| Caseys | 8/15/22 | $60.45 | fuel |
| Walmart | 08/12/22 | $56.32 | groceries |
| Kwik Star | 8/11/22 | $95.93 | fuel |
| Total Nutrition | 08/17/22 | $103.78 | medication |
| Murphy | 8/17/22 | $73.58 | fuel |
| Cedar Falls Utilities | 8/16/22 | $774.36 | utilities |
| Kwik Star | 8/16/22 | $6.10 | food |
| Caseys | 08/16 | $59.88 | fuel |
| Nick Bonewitz | 08/15 | $1,500.00 | rent |
| Farm and Fleet | 8/15/22 | $27.81 | household cleaning |

| | | | |
|---|---|---|---|
| Target | 08/15 | $2.88 | medication |
| Lincoln Savings Bank fee | 08/19/22 | $3.00 | fee |
| Lincoln Savings Bank | 08/19 | $75.00 | safety deposit box fee |
| tax on fee | 08/19 | $0.21 | tax |
| Lincoln Savings Bank fee | 8/19/22 | $3.00 | fee |
| Lincoln Savings Bank | 8/19 | $25.00 | safety deposit box fee |
| tax on fee | 08/19 | $0.21 | tax |
| Longhorn Steak House | 08/19/22 | $70.38 | food |
| Cedar Falls Schools | 8/17/22 | $100.00 | lunch money |
| Menards | 8/17/22 | $18.68 | household item |
| Fareway | 08/24/22 | $46.19 | groceries |
| Walmart | 08/22/22 | $61.11 | groceries |
| Hyvee | 08/22/22 | $2.00 | food |
| Kohls | 08/22/22 | $106.98 | clothing |
| Target | 08/22/22 | $77.42 | household items |
| Walmart | 08/22/22 | $22.56 | groceries |
| Caseys | 08/22/22 | $40.00 | fuel |
| Family Hill Denistry | 08/22/22 | $150.00 | denist work |
| Tea Cellar | 08/29/22 | $9.42 | tea |
| Kwik Star | 08/29/22 | $62.80 | fuel |
| McDonalds | 08/29/22 | $14.74 | food |
| Murphy Auto | 08/25/22 | $1,129.58 | car repair |
| Cenex | 08/25/22 | $9.61 | food |
| Walmart | 8/25 | $18.47 | household items |
| Loves | 08/29/22 | $112.52 | fuel |
| Kwik Star | 08/29/22 | $6.07 | food |
| Metro Mart | 08/29/22 | $2.50 | pop |
| Amazon Prime | 08/29/22 | $16.04 | entertainment |
| Kwik Star | 08/29/22 | $5.34 | food |
| Arby's | 08/29/22 | $7.25 | food |
| Kohls | 08/29/22 | $32.51 | clothing |
| Stuff Etc | 08/29/22 | $48.39 | clothing |
| Walmart | 08/31/22 | $126.49 | groceries |
| Eye Care Associates | 08/31/22 | $64.00 | contacts |
| Wendy's | 08/31/22 | $8.65 | food |
| Dan Gates | 08/30/22 | $1,500.00 | restitution |
| Fareway | 08/29/22 | $242.89 | groceries |
| Lincoln Savings Bank | 8/30 | $120 | cash withdrawl |
| | | | |

| | | | |
|---|---|---|---|
| **Total** | | **$10,895** | |

| Farm Payee | Date | Amount | Purpose |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | | **0** | |